**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **SOVEREIGN PEAK** | § | |
| **VENTURES, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | **CASE NO. 1:25-cv-1573** |
| **v.** | § | |
| | § | |
| **NXP SEMICONDUCTORS** | § | **JURY TRIAL** |
| **N.V., NXP B.V., and NXP** | § | |
| **USA, Inc.,** | § | |
| **Defendants.** | § | |

## COMPLAINT AND JURY DEMAND

Plaintiff Sovereign Peak Ventures, LLC alleges the following in support of

this action against Defendants NXP Semiconductors N.V, NXP B.V., and NXP

USA Inc. (collectively, "NXP") for infringement of U.S. Patent Nos. 6,925,097,

7,685,498, 8,019,169, 8,737,476, 8,971,401, and 9,414,059:

### THE PARTIES

1.      Plaintiff, Sovereign Peak Ventures, LLC, is a Texas Limited Liability

Company with its principal place of business in Allen, Texas.

2.      Defendant NXP Semiconductors N.V. is a foreign corporation

organized and existing under the laws of Netherlands with a principal place of

business located at High Tech Campus 60, 5656 AG Eindhoven, The Netherlands.

3.      Defendant NXP B.V. is a foreign corporation organized and existing

under the laws of the Netherlands with a principal place of business located at

High Tech Campus 60, 5656 AG Eindhoven, The Netherlands. NXP B.V. is a wholly owned subsidiary of NXP Semiconductors N.V. and develops/sells semiconductor devices.

4.    Defendant NXP USA, Inc. is a corporation organized and existing under the laws of Delaware. NXP USA, Inc. has places of business inside this judicial district, including its US Corporate Headquarters located at 6501 W. William Cannon Dr., Austin TX 78735. *See* https://www.nxp.com/company/about-nxp/worldwide-locations/united-states:USA

5.    NXP USA, Inc. was formerly known as Freescale Semiconductor, Inc. Following NXP's merger with Freescale in 2016, Freescale Semiconductor, Inc. changed its name to NXP USA, Inc. and became NXP N.V.'s registered agent in the United States.

6.    NXP USA, Inc. may be served with process through its registered agent Corporation Service Company – Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218.

7.    NXP is a global semiconductor company that designs, manufactures, and provides to the United States and other markets a wide variety of semiconductors that are used in a wide range of end-market applications, such as automotive, industrial and Internet of Things (IoT), mobile, and communication infrastructure.

## JURISDICTION AND VENUE

8.     SPV brings this action for patent infringement under the patent laws of the United States, namely 35 U.S.C. §§ 271, 281, and 284-285, among others.  This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

9.     Venue is proper as to NXP N.V. and NXP B.V. under 28 U.S.C. § 1391(c)(3) in that they are not residents of the United States and may, therefore, be sued in any judicial district. *Brunette Mach. Works, Ltd. v. Kockum Indus., Inc.,* 406 U.S. 706, 714 (1972).

10.     Venue is proper as to NXP USA under 28 U.S.C. §§ 1400(b) because NXP has committed acts of infringement and has a regular and established place of business in this district. *TC Heartland LLC v. Kraft Foods Grp. Brands LLC*, 137 S. Ct. 1514, 1521 (2017).

11.     In prior patent infringement actions, this Court has exercised personal jurisdiction of NXP USA, which did not contest jurisdiction or venue in this district..

12.     Joinder of NXP N.V., NXP B.V., and NXP USA is proper because they are related parties who are either jointly and severally liable for infringement, or who make, use, sell, offer for sale, or import the same or similar Accused Products that practice the same Asserted Patents. NXP N.V., NXP B.V., and NXP

USA use the same underlying hardware and/or software in their infringing products and therefore the factual question of infringement will substantially overlap between NXP N.V., NXP B.V., and NXP USA. Further, Plaintiff anticipates that there will be substantial overlap during the discovery process.

13.    NXP has committed acts of infringement in this district giving rise to this action and does business in this district, including making sales and/or providing service and support for its respective customers in this district. NXP purposefully and voluntarily sold one or more of the infringing products with the expectation that they would be purchased by consumers in this district and/or incorporated into products that would be purchased by consumers in this District. These infringing products have been and continue to be purchased by consumers in this district. NXP has committed acts of patent infringement within the United States, the State of Texas, and the Western District of Texas.

## THE SOVEREIGN PEAK VENTURES PATENTS AND HOW NXP INFRINGES THEM

14.    SPV owns a portfolio of patents invented by employees of Panasonic Corporation. Since its founding in 1918, Panasonic has been at the forefront of the electronics industry for over a century. Since acquiring the Panasonic portfolio, SPV has promoted the adoption of technologies claimed in the Panasonic portfolio and has entered into license agreements with numerous companies.

15.    Over the years, Panasonic has innovated in the home appliance,

battery, mobile phone, and television industries.  Panasonic's invention of the "Paper Battery" in 1979 is widely credited as enabling the compact electronics of today.  In 1991, Panasonic released the Mova P, the smallest and lightest mobile phone on the market, which revolutionized the industry by demonstrating the public's demand for a compact, lightweight device.  Panasonic also produced the first wide-format plasma display and developed the first digital television for the U.S. market.

16.    Panasonic's history of innovation is borne out by its intellectual property.  Searching the Patent Office's database for Panasonic as patent assignee yields more than 27,000 matches.

17.    Marking its centennial in 2018, Panasonic opened the Panasonic Museum to showcase its history of design philosophy and innovation.



**NXP INFRINGES U.S. PATENT NUMBER 6,925,097.**

18.     The United States Patent and Trademark Office issued U.S. Patent No. 6,925,097, titled "Decoder, Decoding Method, Multiplexer and Multiplexing Method," on August 2, 2005, after a thorough examination and determination that the subject matter claimed is patentable.

19.     Claim 16 of the '097 patent recites:

A decoder for receiving a multiplexed stream which is obtained by multiplexing plural multiplexing units, and carrying out a decoding process for each multiplexing unit included in the multiplexed Stream, the decoder comprising:

a stream selection unit operable to select one of the plural multiplexing units and output the selected one of the plural multiplexing units to a decoding unit, thereby converting a decoding target in the decoding unit from one multiplexing unit to another multiplexing unit;

wherein said decoding unit is operable to carry out a decoding process for the multiplexing unit converted by the stream selection unit;

wherein said stream selection unit has a position detection unit operable to detect a stream switchable position in a multiplexing unit being subjected to the decoding process, at which position the decoding unit can interrupt the decoding process, and

wherein said stream selection unit performs the multiplexing unit

selection such that the decoding process for the multiplexing unit which is

being processed is interrupted at the stream switchable position.

20.    NXP infringed the '097 Patent prior to expiration.  The NXP products

that infringed the '097 Patent include any NXP product including a dedicated

video encoding or decoding hardware capabilities (such as a Video Processing Unit

(VPU)) used to encode or decode videos with codecs including H.265/HEVC,

including NXP Application processors in the i.MX8, i.MX 8M, i.MX 8M Mini,

i.MX 8M Plus and the i.MX 8X families and processors having similar

functionality.

21.    The HEVC Accused Products include at least the following NXP

product codes: MIMX8DX6AVLFZAC; MIMX8ML2CVNKZAB;

MIMX8ML2DVNLZAB; MIMX8ML3CVNKZAB; MIMX8ML3DVNLZAB;

MIMX8ML5CVNKZAB; MIMX8ML5DVNLZAB; MIMX8ML6CVNKZAB;

MIMX8ML6DVNLZAB; MIMX8ML8CVNKZAB; MIMX8ML8DVNLZAB;

MIMX8MM2CVTKZAA; MIMX8MM4CVTKZAA; MIMX8MM4DVTLZAA;

MIMX8MM6CVTKZAA; MIMX8MM6DVTLZAA; MIMX8QM5AVUFEAB;

MIMX8QM5CVUFFAB; MIMX8QM6AVUFEAB; MIMX8QM6CVUFFAB;

MIMX8QP5AVUFEAB; MIMX8QP5CVUFFAB; MIMX8QP6AVUFEAB;

MIMX8QP6CVUFFAB; MIMX8QX5AVLFZAC; MIMX8QX5CVLFZAC;

MIMX8QX6AVLFZAC; and MIMX8QX6CVLFZAC along with all other NXP

products having substantially similar function, structure, and/or operation.

*See e.g.,* https://www.nxp.com/products/product-selector:PRODUCT-SELECTOR?category=c731_c380&page=1&nrnd=false&query=%7B%22h726%22%3A%7B%22operator%22%3A%22OR%22%2C%22values%22%3A%5B%22HD1080p60%20H.265%22%2C%22HD4Kp30%20H.265%22%5D%2C%22name%22%3A%22HW%20Video%20Encoder%20%2F%20Decoder%22%7D%7D.

https://www.nxp.com/products/processors-and-microcontrollers/arm-processors/i-mx-applications-processors/i-mx-8-applications-processors:IMX8-SERIES.

22.    An exemplary accused NXP product is the MIMX8ML8DVNLXZAB applications processor within the i.MX 8M Plus Product Family.  This processor is capable of decoding and encoding H.265/HEVC.



https://www.nxp.com/part/MIMX8ML8DVNLZAB.  *See also*
https://www.nxp.com/products/processors-and-microcontrollers/arm-processors/i-mx-applications-processors/i-mx-8-applications-processors:IMX8-SERIES.

23.    The HEVC Accused Products support H.265/HEVC functionality and

practiced claims 1-3, 5-8, 11-12, and 16 of the '097 Patent.

> Therefore, HEVC introduces the novel functionality of slice fragmentation at conceptually two distinct levels. For the first level of fragmentation, each slice can be divided into one or more slice segments at the CTU boundaries. The first slice segment of a slice (in CTU raster scan order) is the independent slice segment and includes the full slice (segment) header. The independent slice segment is also often referred to as a regular slice, since it is conceptually equivalent to what is specified in H.264 | MPEG-4 AVC. All subsequent slice segments within a slice (if any) are so-called dependent slice segments with drastically shortened slice segment headers. Note that within the same slice CTU dependencies across slice segment boundaries, both in terms of in-picture prediction and entropy coding, are allowed for dependent slice segments, provided that no further restrictions are given. Slice segments will be discussed in more detail in Sect. 3.3.1.1 below.
>
> The second slice fragmentation level of HEVC is given by the instrument of slice segment subsets, often referred to as substreams. Each slice segment subset contains all coded bits of a subset of CTUs covered by the corresponding slice

> segment data, and an entry point offset is provided for each (but the first) subset in the corresponding slice segment header for proper subset identification. Subsets are most appropriate for the use together with the novel high-level parallelization tools of HEVC, as will be discussed in Sect. 3.3.2. Slice segment subsets will be presented in Sect. 3.3.1.2, followed by a discussion of the slice segment header in Sect. 3.3.1.3.

https://doc.lagout.org/science/0_Computer%20Science/2_Algorithms/High%20Efficiency%20Video%20Coding%20%28HEVC%29_%20Algorithms%20and%20Architectures%20%5BSze%2C%20Budagavi%20%26%20Sullivan%202014-08-24%5D.pdf ("High Efficiency Video Coding (HEVC)") at 75, 76.

24.    The HEVC Accused Products use multi-level slice fragmentation.

25.    The HEVC Accused Products decode an input image bitstream (or bitstreams) including picture frames.  Each picture frame individually is an example of a "multiplexed stream" that is obtained by encoding multiple smaller units (*e.g.*, slices – "plural streams").  The bitstream includes the slices and picture frames.

26.    The H.265/HEVC functionality implemented by the HEVC Accused Products use parallel encoding of slices, slice segments, etc. (*e.g.*, "multiplexing plural streams in parallel"). Each of the plural streams are included in an encoded input bitstream that is later decoded by the HEVC Accused Products.

---

**0.3    Purpose**

This Recommendation | International Standard was developed in response to the growing need for higher compression of moving pictures for various applications such as videoconferencing, digital storage media, television broadcasting, internet streaming, and communications. It is also designed to enable the use of the coded video representation in a flexible manner for a wide variety of network environments as well as to enable the use of multi-core parallel encoding and decoding devices. The use of this Recommendation | International Standard allows motion video to be manipulated as a form of computer data and to be stored on various storage media, transmitted and received over existing and future networks and distributed on existing and future broadcasting channels. Supports for higher bit depths and enhanced chroma formats, including the use of full-resolution chroma are provided. Support for scalability enables video transmission on networks with varying transmission conditions and other scenarios involving multiple bit rate services. Support for multiview enables representation of video content with multiple camera views and optional auxiliary information. Support for 3D enables joint representation of video content and depth information with multiple camera views.

---

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at 1.



**Figure 6-4 – A picture with 11 by 9 luma CTBs that is partitioned into two slices, the first of which is partitioned into three slice segments (informative)**

**Figure 6-5 – A picture with 11 by 9 luma CTBs that is partitioned into two tiles and one slice (left) or is partitioned into two tiles and three slices (right) (informative)**

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at 24.

### 8.1    General decoding process

#### 8.1.1    General

Input to this process is a bitstream. Output of this process is a list of decoded pictures.

The decoding process is specified such that all decoders that conform to a specified profile, tier and level will produce numerically identical cropped decoded output pictures when invoking the decoding process associated with that profile for a bitstream conforming to that profile, tier and level. Any decoding process that produces identical cropped decoded output pictures to those produced by the process described herein (with the correct output order or output timing, as specified) conforms to the decoding process requirements of this Specification.

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at 115.

27.    The HEVC Accused Products separate the multiplexed stream into

plural streams.  For example, HEVC decoding performed by the HEVC Accused

Products includes dividing an encoded input bitstream including individual picture frames (*e.g.,* each, the "multiplexed stream") into multiple slices (*e.g.,* "plural streams").

28.    For example, as shown below, the input picture frame may be divided into two slices (left picture) and three slices (right picture), respectively (*e.g.,* "separating the multiplexed stream into plural streams").  Each slice is decoded using the decoding process.





https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at 24.

**6.3.3    Spatial or component-wise partitionings**

The following divisions of processing elements of this Specification form spatial or component-wise partitioning:

– The division of each picture into components
– The division of each component into CTBs
– The division of each picture into tile columns
– The division of each picture into tile rows
– The division of each tile column into tiles
– The division of each tile row into tiles
– The division of each tile into CTUs
– The division of each picture into slices
– The division of each slice into slice segments
– The division of each slice segment into CTUs
– The division of each CTU into CTBs
– The division of each CTB into coding blocks, except that the CTBs are incomplete at the right component boundary when the component width is not an integer multiple of the CTB size and the CTBs are incomplete at the bottom component boundary when the component height is not an integer multiple of the CTB size
– The division of each CTU into coding units, except that the CTUs are incomplete at the right picture boundary when the picture width in luma samples is not an integer multiple of the luma CTB size and the CTUs are incomplete at the bottom picture boundary when the picture height in luma samples is not an integer multiple of the luma CTB size
– The division of each coding unit into prediction units
– The division of each coding unit into transform units
– The division of each coding unit into coding blocks
– The division of each coding block into prediction blocks
– The division of each coding block into transform blocks
– The division of each prediction unit into prediction blocks
– The division of each transform unit into transform blocks.

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at 25.

29.    The slices are further divided into slice segments, and 'slice_segment_header()' contains information about the individual slice segments and slices.

**7.3.6**    **Slice segment header syntax**

**7.3.6.1**    **General slice segment header syntax**

| slice_segment_header( ) { | Descriptor |
|---|---|
| first_slice_segment_in_pic_flag | u(1) |
| if( nal_unit_type >= BLA_W_LP && nal_unit_type <= RSV_IRAP_VCL23 ) | |
| no_output_of_prior_pics_flag | u(1) |
| slice_pic_parameter_set_id | ue(v) |
| if( !first_slice_segment_in_pic_flag ) { | |
| if( dependent_slice_segments_enabled_flag ) | |
| dependent_slice_segment_flag | u(1) |
| slice_segment_address | u(v) |
| } | |
| CuQpDeltaVal = 0 | |
| if( !dependent_slice_segment_flag ) { | |
| for( i = 0; i < num_extra_slice_header_bits; i++ ) | |
| slice_reserved_flag[ i ] | u(1) |
| slice_type | ue(v) |
| if( output_flag_present_flag ) | |
| pic_output_flag | u(1) |
| if( separate_colour_plane_flag == 1 ) | |
| colour_plane_id | u(2) |
| if( nal_unit_type != IDR_W_RADL && nal_unit_type != IDR_N_LP ) { | |
| slice_pic_order_cnt_lsb | u(v) |
| short_term_ref_pic_set_sps_flag | u(1) |
| if( !short_term_ref_pic_set_sps_flag ) | |
| st_ref_pic_set( num_short_term_ref_pic_sets ) | |

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at 45.

30.    The HEVC Accused Products are capable of selecting one of the plural separated streams such that a target of a decoding process is converted from one stream to another stream.  For example, HEVC Accused Products decode each of the slices in an input picture frame one by one and run until all slice segments in a slice are decoded before moving to the following slice.

31.    The example below demonstrates how one slice (*e.g.,* "one of the

plural separated streams") is selected to be decoded first, followed by another slice in the decoding process, thereby switching the decoding order from one slice to another (*e.g.,* "such that a target of a decoding process converted from one stream to another stream.").



https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at 24.

### 7.3.8    Slice segment data syntax

#### 7.3.8.1    General slice segment data syntax

| slice_segment_data( ) { | Descriptor |
|---|---|
|   do { | |
|     coding_tree_unit( ) | |
|     **end_of_slice_segment_flag** | ae(v) |
|     CtbAddrInTs++ | |
|     CtbAddrInRs = CtbAddrTsToRs[ CtbAddrInTs ] | |
|     if( !end_of_slice_segment_flag && | |
|       ( ( tiles_enabled_flag &&  TileId[ CtbAddrInTs ]  != TileId[ CtbAddrInTs − 1 ] ) \|\| | |
|       ( entropy_coding_sync_enabled_flag && | |
|         ( CtbAddrInRs % PicWidthInCtbsY  == 0 \|\| | |
|           TileId[ CtbAddrInTs ]  != TileId[ CtbAddrRsToTs[ CtbAddrInRs − 1 ] ] ) ) ) ) | |
|     ) { | |
|       **end_of_subset_one_bit**  /* equal to 1 */ | ae(v) |
|       byte_alignment( ) | |
|     } | |
|   } while( !end_of_slice_segment_flag ) | |
| } | |

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at 50.

32.    The HEVC Accused Products decode one of the plural separated streams that is output by the stream selection process.  For example, one of the slices selected based on the selection process is decoded into the decoding process. All slice segments (*e.g.,* "the entire slice") are decoded in the decoding process.

**7.3.8**    **Slice segment data syntax**

**7.3.8.1**    **General slice segment data syntax**

| slice_segment_data( ) { | Descriptor |
|---|---|
| do { | |
|    coding_tree_unit( ) | |
|    **end_of_slice_segment_flag** | ae(v) |
|    CtbAddrInTs++ | |
|    CtbAddrInRs = CtbAddrTsToRs[ CtbAddrInTs ] | |
|    if( !end_of_slice_segment_flag && <br>    ( ( tiles_enabled_flag && TileId[ CtbAddrInTs ] != TileId[ CtbAddrInTs − 1 ] ) || <br>    ( entropy_coding_sync_enabled_flag && <br>     ( CtbAddrInRs % PicWidthInCtbsY == 0 || <br>      TileId[ CtbAddrInTs ] != TileId[ CtbAddrRsToTs[ CtbAddrInRs − 1 ] ] ) ) ) ) <br>   ) { | |
|      **end_of_subset_one_bit**  /* equal to 1 */ | ae(v) |
|      byte_alignment( ) | |
|    } | |
| } while( !end_of_slice_segment_flag ) | |
| } | |

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at 50.

**7.4.9**    **Slice segment data semantics**

**7.4.9.1**    **General slice segment data semantics**

**end_of_slice_segment_flag** equal to 0 specifies that another CTU is following in the slice. end_of_slice_segment_flag equal to 1 specifies the end of the slice segment, i.e., that no further CTU follows in the slice segment.

**end_of_subset_one_bit** shall be equal to 1.

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at 103.

33.    The HEVC Accused Products perform a process wherein said selecting comprises detecting a stream switchable position in a stream being subjected to said decoding, at which position said decoding can be interrupted, and performing said selecting such that said decoding for the stream which is being processed is interrupted at the stream switchable position.

34.    The decoding process of the HEVC Accused Products detects the end of a slice.  For example, the process detects the end of the last slice segment in a slice where the decoding stops (*e.g.,* "stream switchable position" where "said decoding can be interrupted") and after which decoding of the next slice begins. After decoding the last slice segment in a slice, the process specifies an end to the decoding of the current slice (*e.g.,* "interrupted at the stream switchable position."



https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at 24.

### 7.3.8 Slice segment data syntax

#### 7.3.8.1 General slice segment data syntax

| slice_segment_data( ) { | Descriptor |
|---|---|
| do { | |
| coding_tree_unit( ) | |
| **end_of_slice_segment_flag** | ae(v) |
| CtbAddrInTs++ | |
| CtbAddrInRs = CtbAddrTsToRs[ CtbAddrInTs ] | |
| if( !end_of_slice_segment_flag && <br>  ( ( tiles_enabled_flag && TileId[ CtbAddrInTs ] != TileId[ CtbAddrInTs − 1 ] ) \|\| <br>  ( entropy_coding_sync_enabled_flag && <br>   ( CtbAddrInRs % PicWidthInCtbsY == 0 \|\| <br>    TileId[ CtbAddrInTs ] != TileId[ CtbAddrRsToTs[ CtbAddrInRs − 1 ] ] ) ) ) <br>  ) { | |
| **end_of_subset_one_bit** /* equal to 1 */ | ae(v) |
| byte_alignment( ) | |
| } | |
| } while( !end_of_slice_segment_flag ) | |
| } | |

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at 50.

### 7.4.9 Slice segment data semantics

#### 7.4.9.1 General slice segment data semantics

**end_of_slice_segment_flag** equal to 0 specifies that another CTU is following in the slice. end_of_slice_segment_flag equal to 1 specifies the end of the slice segment, i.e., that no further CTU follows in the slice segment.

**end_of_subset_one_bit** shall be equal to 1.

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at 103.

35.     Claim 11 of the '097 Patent recites:

A multiplexer for multiplexing plural streams which are obtained by coding

plural digital data, and outputting a multiplexed stream, the multiplexer

comprising:

     a position detection unit operable to detect a switchable position in a

stream to be multiplexed, at which position a decoding process for the stream can be interrupted, and operable to output a signal indicating a decoding switchable position; and

a multiplexing unit operable to carry out a multiplexing process of dividing each of the streams at the switch able position to generate divided stream parts corresponding to each stream and multiplexing the respective streams with the signal indicating the decoding switchable position taking the divided stream part as a unit, to output the multiplexed stream.

36.    The NXP i.MX 8M Plus applications processors multiplex plural streams which are obtained by coding plural digital data to generate a multiplex stream.  For example, the NXP i.MX 8M Plus applications processors operate in accordance with H.265/HEVC slice fragmentation at multiple levels.

37.    In normal operation, consistent with the HEVC/H.265 decoding process, the NXP i.MX 8M Plus processor features a unit operable to divide a picture slice into multiple slice segments (*e.g.,* "plural streams") which are obtained from a file to be multiplexed/encoded into a multiplexed stream (*e.g.,* the file being a raw file and/or file coded in another format, for encoder products respectively).

Therefore, HEVC introduces the novel functionality of slice fragmentation at conceptually two distinct levels. For the first level of fragmentation, each slice can be divided into one or more slice segments at the CTU boundaries. The first slice segment of a slice (in CTU raster scan order) is the independent slice segment and includes the full slice (segment) header. The independent slice segment is also often referred to as a regular slice, since it is conceptually equivalent to what is specified in H.264 | MPEG-4 AVC. All subsequent slice segments within a slice (if any) are so-called dependent slice segments with drastically shortened slice segment headers. Note that within the same slice CTU dependencies across slice segment boundaries, both in terms of in-picture prediction and entropy coding, are allowed for dependent slice segments, provided that no further restrictions are given. Slice segments will be discussed in more detail in Sect. 3.3.1.1 below.

The second slice fragmentation level of HEVC is given by the instrument of slice segment subsets, often referred to as substreams. Each slice segment subset contains all coded bits of a subset of CTUs covered by the corresponding slice

segment data, and an entry point offset is provided for each (but the first) subset in the corresponding slice segment header for proper subset identification. Subsets are most appropriate for the use together with the novel high-level parallelization tools of HEVC, as will be discussed in Sect. 3.3.2. Slice segment subsets will be presented in Sect. 3.3.1.2, followed by a discussion of the slice segment header in Sect. 3.3.1.3.

https://doc.lagout.org/science/0_Computer%20Science/2_Algorithms/High%20Efficiency%20Video%20Coding%20%28HEVC%29_%20Algorithms%20and%20Architectures%20%5BSze%2C%20Budagavi%20%26%20Sullivan%202014-08-24%5D.pdf at 75, 76.



Figure 6-4 – A picture with 11 by 9 luma CTBs that is partitioned into two slices, the first of which is partitioned into three slice segments (informative)

Figure 6-5 – A picture with 11 by 9 luma CTBs that is partitioned into two tiles and one slice (left) or is partitioned into two tiles and three slices (right) (informative)

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at 25.

38.    The NXP i.MX 8M Plus detects a switchable position in each stream, at which a decoding process for the stream can be interrupted.

39.    The NXP i.MX 8M Plus applications processors identify each plural stream (*e.g.*, if the stream is a dependent or independent stream, first stream in the slice, etc.) and detect an end to each stream (*e.g.*, where a slice segment ends, and coding of the next slice segment begins, "switchable position"). The relevant syntax information is present in the slice segment header and slice segment body.



**Figure 6-4 – A picture with 11 by 9 luma CTBs that is partitioned into two slices, the first of which is partitioned into three slice segments (informative)**

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at 24.

### 7.3.6    Slice segment header syntax

#### 7.3.6.1    General slice segment header syntax

| | Descriptor |
|---|---|
| slice_segment_header( ) { | |
|    first_slice_segment_in_pic_flag | u(1) |
|    if( nal_unit_type >= BLA_W_LP && nal_unit_type <= RSV_IRAP_VCL23 ) | |
|       no_output_of_prior_pics_flag | u(1) |
|    slice_pic_parameter_set_id | ue(v) |
|    if( !first_slice_segment_in_pic_flag ) { | |
|       if( dependent_slice_segments_enabled_flag ) | |
|          dependent_slice_segment_flag | u(1) |
|       slice_segment_address | u(v) |
|    } | |
|    CuQpDeltaVal = 0 | |
|    if( !dependent_slice_segment_flag ) { | |
|       for( i = 0; i < num_extra_slice_header_bits; i++ ) | |
|          slice_reserved_flag[ i ] | u(1) |
|       slice_type | ue(v) |
|       if( output_flag_present_flag ) | |
|          pic_output_flag | u(1) |
|       if( separate_colour_plane_flag == 1 ) | |
|          colour_plane_id | u(2) |
|       if( nal_unit_type != IDR_W_RADL && nal_unit_type != IDR_N_LP ) { | |
|          slice_pic_order_cnt_lsb | u(v) |
|          short_term_ref_pic_set_sps_flag | u(1) |
|          if( !short_term_ref_pic_set_sps_flag ) | |
|             st_ref_pic_set( num_short_term_ref_pic_sets ) | |

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at 45.

40.    The slice segment and slice boundaries, as indicated by the

"end_of_slice_segment_flag" at the end of the stream is an example of a

switchable position where a decoding process for the first stream is

interrupted/terminated and decoding of the following stream begins.

**7.3.8    Slice segment data syntax**

**7.3.8.1    General slice segment data syntax**

| slice_segment_data( ) { | Descriptor |
|---|---|
|   do { | |
|     coding_tree_unit( ) | |
|     **end_of_slice_segment_flag** | ae(v) |
|     CtbAddrInTs++ | |
|     CtbAddrInRs = CtbAddrTsToRs[ CtbAddrInTs ] | |
|     if( !end_of_slice_segment_flag && <br>      ( ( tiles_enabled_flag && TileId[ CtbAddrInTs ] != TileId[ CtbAddrInTs − 1 ] ) \|\| <br>      ( entropy_coding_sync_enabled_flag && <br>        ( CtbAddrInRs % PicWidthInCtbsY == 0 \|\| <br>          TileId[ CtbAddrInTs ] != TileId[ CtbAddrRsToTs[ CtbAddrInRs − 1 ] ] ) ) ) ) <br>    ) { | |
|       **end_of_subset_one_bit**  /* equal to 1 */ | ae(v) |
|       byte_alignment( ) | |
|     } | |
|   } while( !end_of_slice_segment_flag ) | |
| } | |

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at 50.

**7.4.9    Slice segment data semantics**

**7.4.9.1    General slice segment data semantics**

**end_of_slice_segment_flag** equal to 0 specifies that another CTU is following in the slice. end_of_slice_segment_flag equal to 1 specifies the end of the slice segment, i.e., that no further CTU follows in the slice segment.

**end_of_subset_one_bit** shall be equal to 1.

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at 103.



**Figure 6-4 – A picture with 11 by 9 luma CTBs that is partitioned into two slices, the first of which is partitioned into three slice segments (informative)**

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at 24.

41.    The NXP i.MX 8M Plus applications processors divide each stream by a predetermined stream length to generate divided stream parts as multiplexing units. For example, each slice segment (*e.g.,* "stream") is further sub divided into slice segment 'substreams" (or subsets) (*e.g.,* collectively "divided stream parts") as multiplexing units where all divided substreams/subsets together constitute the full slice segment.



**Figure 6-4 – A picture with 11 by 9 luma CTBs that is partitioned into two slices, the first of which is partitioned into three slice segments (informative)**

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at 24.

### 3.3.1.2    Slice Segment Subsets

Picture partitioning for the purpose of parallel processing does not necessarily require each resulting partition to be included in an individual NAL unit. Therefore, HEVC provides a fragmentation of coded slice data without the use of additional header data. This is achieved by dividing the slice segment data, preferably that of an independent slice segment, into disjoint subsets of coded CTU data such that the union of all subsets cover the whole slice segment data. Each slice segment subset consists of an individual byte aligned CABAC bitstream, which is terminated by using the special terminating syntax element `end_of_sub_stream_one_bit`.

https://doc.lagout.org/science/0_Computer%20Science/2_Algorithms/High%20Efficiency%20Video%20Coding%20%28HEVC%29_%20Algorithms%20and%20Architectures%20%5BSze%2C%20Budagavi%20%26%20Sullivan%202014-08-24%5D.pdf at 77.

Therefore, HEVC introduces the novel functionality of slice fragmentation at conceptually two distinct levels. For the first level of fragmentation, each slice can be divided into one or more slice segments at the CTU boundaries. The first slice segment of a slice (in CTU raster scan order) is the independent slice segment and includes the full slice (segment) header. The independent slice segment is also often referred to as a regular slice, since it is conceptually equivalent to what is specified in H.264 | MPEG-4 AVC. All subsequent slice segments within a slice (if any) are so-called dependent slice segments with drastically shortened slice segment headers. Note that within the same slice CTU dependencies across slice segment boundaries, both in terms of in-picture prediction and entropy coding, are allowed for dependent slice segments, provided that no further restrictions are given. Slice segments will be discussed in more detail in Sect. 3.3.1.1 below.

The second slice fragmentation level of HEVC is given by the instrument of slice segment subsets, often referred to as substreams. Each slice segment subset contains all coded bits of a subset of CTUs covered by the corresponding slice

segment data, and an entry point offset is provided for each (but the first) subset in the corresponding slice segment header for proper subset identification. Subsets are most appropriate for the use together with the novel high-level parallelization tools of HEVC, as will be discussed in Sect. 3.3.2. Slice segment subsets will be presented in Sect. 3.3.1.2, followed by a discussion of the slice segment header in Sect. 3.3.1.3.

https://doc.lagout.org/science/0_Computer%20Science/2_Algorithms/High%20Eff
iciency%20Video%20Coding%20%28HEVC%29_%20Algorithms%20and%20Ar
chitectures%20%5BSze%2C%20Budagavi%20%26%20Sullivan%202014-08-
24%5D.pdf at 75, 76.



**Fig. 8.4** These two examples illustrate which CTUs are terminated when slice segments are divided into substreams using tiles and wavefront parallel processing. Values of (end_of_slice_segment_flag, end_of_sub_stream_one_bit) are given for each configuration. (**a**) *Tiles*: CTU 12, 24, and 36 have (0, 1); CTU 48 (1, not signaled); and the rest of the CTUs have (0,0). (**b**) *Wavefront parallel processing*: CTU 8, 16, 24, 32 and 40 have (0, 1); CTU 48 (1, not signaled); and the rest of the CTUs have (0,0)



**Fig. 8.5** Ordering of the bitstream for the tiles example in Fig. 8.4a. CABAC needs to be terminated before byte alignment (*BA*) as shown by the *black boxes*. Entry points for substreams are sent in *slice_segment_header()*

https://doc.lagout.org/science/0_Computer%20Science/2_Algorithms/High%20Eff
iciency%20Video%20Coding%20%28HEVC%29_%20Algorithms%20and%20Ar
chitectures%20%5BSze%2C%20Budagavi%20%26%20Sullivan%202014-08-
24%5D.pdf at 227.

42.    The length of the substreams are predetermined. For example, the

slice segment header provides byte data ("firstByte[k]," "lastByte[k]," entry point,

etc.) corresponding to length and size of each substream.



**Fig. 8.4** These two examples illustrate which CTUs are terminated when slice segments are divided into substreams using tiles and wavefront parallel processing. Values of (`end_of_slice_segment_flag, end_of_sub_stream_one_bit`) are given for each configuration. (a) *Tiles*: CTU 12, 24, and 36 have (0, 1); CTU 48 (1, not signaled); and the rest of the CTUs have (0,0). (b) *Wavefront parallel processing*: CTU 8, 16, 24, 32 and 40 have (0, 1); CTU 48 (1, not signaled); and the rest of the CTUs have (0,0)



**Fig. 8.5** Ordering of the bitstream for the tiles example in Fig. 8.4a. CABAC needs to be terminated before byte alignment (*BA*) as shown by the *black boxes*. Entry points for substreams are sent in *slice_segment_header()*

https://doc.lagout.org/science/0_Computer%20Science/2_Algorithms/High%20Efficiency%20Video%20Coding%20%28HEVC%29_%20Algorithms%20and%20Architectures%20%5BSze%2C%20Budagavi%20%26%20Sullivan%202014-08-24%5D.pdf at p. 237.

| if( tiles_enabled_flag \|\| entropy_coding_sync_enabled_flag ) { | |
|---|---|
|    **num_entry_point_offsets** | ue(v) |
|    if( num_entry_point_offsets > 0 ) { | |
|       **offset_len_minus1** | ue(v) |
|       for( i = 0; i < num_entry_point_offsets; i++ ) | |
|          **entry_point_offset_minus1[ i ]** | u(v) |
|    } | |
|  } | |

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at p. 47.

### 3.3.1.2    Slice Segment Subsets

Picture partitioning for the purpose of parallel processing does not necessarily require each resulting partition to be included in an individual NAL unit. Therefore, HEVC provides a fragmentation of coded slice data without the use of additional header data. This is achieved by dividing the slice segment data, preferably that of an independent slice segment, into disjoint subsets of coded CTU data such that the union of all subsets cover the whole slice segment data. Each slice segment subset consists of an individual byte aligned CABAC bitstream, which is terminated by using the special terminating syntax element `end_of_sub_stream_one_bit`. For all but the first substream, the entry point offsets (in bytes) are signaled by the syntax elements `entry_point_offset_minus1[i]` in the corresponding slice segment header, where the length (in bits) of the entry point offset syntax elements is given by the prior signaled `offset_len_minus1` syntax element. Note that the first subset starts with the first byte of the slice segment data, immediately after the slice segment header data, which is considered to be byte 0. It is also important to understand that the entry point signaling is based on the calculation of the byte aligned substream lengths including any potentially necessary emulation prevention bytes. However, without any further externally derived information of the location of the first CTU in each slice segment subset,

https://doc.lagout.org/science/0_Computer%20Science/2_Algorithms/High%20Efficiency%20Video%20Coding%20%28HEVC%29_%20Algorithms%20and%20Architectures%20%5BSze%2C%20Budagavi%20%26%20Sullivan%202014-08-24%5D.pdf at p. 77.

offset_len_minus1 plus 1 specifies the length, in bits, of the entry_point_offset_minus1[ i ] syntax elements. The value of offset_len_minus1 shall be in the range of 0 to 31, inclusive.

entry_point_offset_minus1[ i ] plus 1 specifies the i-th entry point offset in bytes, and is represented by offset_len_minus1 plus 1 bits. The slice segment data that follow the slice segment header consists of num_entry_point_offsets + subsets, with subset index values ranging from 0 to num_entry_point_offsets, inclusive. The first byte of the slice segment data is considered byte 0. When present, emulation prevention bytes that appear in the slice segment data portion of the coded slice segment NAL unit are counted as part of the slice segment data for purposes of subset identification. Subset 0 consists of bytes 0 to entry_point_offset_minus1[ 0 ], inclusive, of the coded slice segment data, subset k, with k in the range of 1 to num_entry_point_offsets − 1, inclusive, consists of bytes firstByte[ k ] to lastByte[ k ], inclusive, of the coded slice segment data with firstByte[ k ] and lastByte[ k ] defined as:

$$\text{firstByte[ k ]} = \sum_{n=1}^{k} (\text{entry\_point\_offset\_minus 1}[n-1]+1) \qquad (7\text{-}55)$$

$$\text{lastByte[ k ]} = \text{firstByte[ k ]} + \text{entry\_point\_offset\_minus1[ k ]} \qquad (7\text{-}56)$$

The last subset (with subset index equal to num_entry_point_offsets) consists of the remaining bytes of the coded slice segment data.

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at p. 98.

43.    The NXP i.MX 8M Plus applications processors add to a head of each of the divided stream parts header information for identifying a corresponding stream.  For example, each substream/subset ("divided stream part") relates to a slice segment that includes the substream/subset ("corresponding stream").

44.    Each substream/subset includes of an individual byte aligned CABAC bitstream that identifies the corresponding slice segment it is a part of. The encoding ensures that the union of all subsets covers the whole slice segment ("corresponding stream").



**Fig. 8.4** These two examples illustrate which CTUs are terminated when slice segments are divided into substreams using tiles and wavefront parallel processing. Values of (`end_of_slice_segment_flag, end_of_sub_stream_one_bit`) are given for each configuration. (a) *Tiles*: CTU 12, 24, and 36 have (0, 1); CTU 48 (1, not signaled); and the rest of the CTUs have (0,0). (b) *Wavefront parallel processing*: CTU 8, 16, 24, 32 and 40 have (0, 1); CTU 48 (1, not signaled); and the rest of the CTUs have (0,0)



**Fig. 8.5** Ordering of the bitstream for the tiles example in Fig. 8.4a. CABAC needs to be terminated before byte alignment (*BA*) as shown by the *black boxes*. Entry points for substreams are sent in *slice_segment_header()*

https://doc.lagout.org/science/0_Computer%20Science/2_Algorithms/High%20Efficiency%20Video%20Coding%20%28HEVC%29_%20Algorithms%20and%20Architectures%20%5BSze%2C%20Budagavi%20%26%20Sullivan%202014-08-24%5D.pdf at p. 227.

45.    The NXP i.MX 8M Plus applications processors perform a method that adds a flag to header information corresponding to a divided stream part, and an end position of which matches with a switchable position of the stream, for

indicating that the end position matches with the switchable position of the stream.

46.     For example, the "end_of_subset_one_bit" parameter, a flag corresponding to the last substream of the subsets of substreams representing a slice segment, indicates the end of the last substream.

47.     The end of the last substream matches with the end of the slice segment which is the "switchable position" indicated by "end_of_slice_segment_flag."



Figure 6-4 – A picture with 11 by 9 luma CTBs that is partitioned into two slices, the first of which is partitioned into three slice segments (informative)

Figure 6-5 – A picture with 11 by 9 luma CTBs that is partitioned into two tiles and one slice (left) or is partitioned into two tiles and three slices (right) (informative)

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at p. 24.

**7.3.8    Slice segment data syntax**

**7.3.8.1    General slice segment data syntax**

| slice_segment_data( ) { | Descriptor |
|---|---|
| do { | |
| coding_tree_unit( ) | |
| **end_of_slice_segment_flag** | ae(v) |
| CtbAddrInTs++ | |
| CtbAddrInRs = CtbAddrTsToRs[ CtbAddrInTs ] | |
| if( !end_of_slice_segment_flag &&<br>( ( tiles_enabled_flag && TileId[ CtbAddrInTs ] != TileId[ CtbAddrInTs − 1 ] ) \|\|<br>( entropy_coding_sync_enabled_flag &&<br>( CtbAddrInRs % PicWidthInCtbsY == 0 \|\|<br>TileId[ CtbAddrInTs ] != TileId[ CtbAddrRsToTs[ CtbAddrInRs − 1 ] ] ) ) )<br>) { | |
| **end_of_subset_one_bit**  /* equal to 1 */ | ae(v) |
| byte_alignment( ) | |
| } | |
| } while( !end_of_slice_segment_flag ) | |
| } | |

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at p. 50.



Fig. 8.4 These two examples illustrate which CTUs are terminated when slice segments are divided into substreams using tiles and wavefront parallel processing. Values of (`end_of_slice_segment_flag`, `end_of_sub_stream_one_bit`) are given for each configuration. (a) *Tiles*: CTU 12, 24, and 36 have (0, 1); CTU 48 (1, not signaled); and the rest of the CTUs have (0,0). (b) *Wavefront parallel processing*: CTU 8, 16, 24, 32 and 40 have (0, 1); CTU 48 (1, not signaled); and the rest of the CTUs have (0,0)



**Fig. 8.5** Ordering of the bitstream for the tiles example in Fig. 8.4a. CABAC needs to be terminated before byte alignment (*BA*) as shown by the *black boxes*. Entry points for substreams are sent in *slice_segment_header()*

https://doc.lagout.org/science/0_Computer%20Science/2_Algorithms/High%20Efficiency%20Video%20Coding%20%28HEVC%29_%20Algorithms%20and%20Architectures%20%5BSze%2C%20Budagavi%20%26%20Sullivan%202014-08-24%5D.pdf at p. 227.

**7.4.9    Slice segment data semantics**

**7.4.9.1    General slice segment data semantics**

**end_of_slice_segment_flag** equal to 0 specifies that another CTU is following in the slice. end_of_slice_segment_flag equal to 1 specifies the end of the slice segment, i.e., that no further CTU follows in the slice segment.

**end_of_subset_one_bit** shall be equal to 1.

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/21019)) at p.

103.

**NXP INFRINGES U.S. PATENT NUMBER 7,685,498.**

48.    The Patent Office issued U.S. Patent 7,685,498, titled "Digital Broadcasting System and Digital Broadcast Transmission Reception Method," on March 23, 2010, after a thorough examination and determination that the subject matter claimed is patentable.

49.    Claim 9 of the '498 patent recites:

A transmission apparatus for use in a digital broadcasting system for transmitting and receiving, via a network, a broadcast stream created from a broadcast source, the broadcast source including image and audio data and being used for broadcasting, said transmission apparatus comprising:

> a coding unit operable to code the broadcast source based on a characteristic of the broadcast source and operable to generate a first layer code and a second layer code, respectively, being for reproduction of the broadcast source;

> a synthesizing unit operable to generate data bursts, each of the generated data bursts including the generated first layer code and second layer code;

> a multiplexing unit operable to create the broadcast stream by multiplexing the generated data bursts; and

> a transmitting unit operable to transmit the created broadcast stream to the

network.

50.    The i.MX 8M Plus Applications Processor is a transmission apparatus for use in a digital broadcasting system for transmitting and receiving, via a network, a broadcast stream created from a broadcast source, the broadcast source including image and audio data and being used for broadcasting.

51.    For example, the i.MX 8M Plus Applications Processor is a transmission apparatus that is enabled to transmit digital H.265/HEVC-encoded content streams of video and audio via the internet.



https://www.nxp.com/assets/block-diagram/en/IMX8MPLUS.pdf at 2.

> **ADVANCED MULTIMEDIA**
>
> **VIDEO PROCESSING AND H.265 ENCODING**
>
> The i.MX 8M Plus processor features powerful video processing with an H.265 video encoder that delivers highly efficient compression for live video streaming to the cloud, as well as highly efficient local memory storage.

https://www.nxp.com/docs/en/fact-sheet/IMX8MPLUSFS.pdf at 2.

52.    The i.MX 8M Plus Applications Processor includes a coding unit operable to code the broadcast source based on a characteristic of the broadcast source and operable to generate a first layer code and a second layer code from the coded broadcast source, the first layer code and the second layer code, respectively, being for reproduction of the broadcast source.

53.    For example, the i.MX 8M Plus Applications Processor has a coding unit operable to encode a video source to create a broadcast stream that conforms to the H.265 standard.  The H.265 conformant stream is encoded based on a characteristic of the source video such as spatial and temporal dependencies.

> **0.7    Overview of the design characteristics**
>
> The coded representation specified in the syntax is designed to enable a high compression capability for a desired image or video quality. The algorithm is typically not lossless, as the exact source sample values are typically not preserved through the encoding and decoding processes. A number of techniques may be used to achieve highly efficient compression. Encoding algorithms (not specified in this Recommendation | International Standard) may select between inter and intra coding for block-shaped regions of each picture. Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures. Intra coding uses various spatial prediction modes to exploit spatial statistical dependencies in the source signal for a single picture. Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture. The prediction residual may then be further compressed using a transform to remove spatial correlation inside the transform block before it is quantized, producing a possibly irreversible process that typically discards less important visual information while forming a close approximation to the source samples. Finally, the motion vectors or intra prediction modes may also be further compressed using a variety of prediction mechanisms, and, after prediction, are combined with the quantized transform coefficient information and encoded using arithmetic coding.

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at 2-3.

54.    The H.265 conformant stream is encoded to include a first layer code and a second layer code as a NAL Unit Type that indicates the Video Coding Layer (VCL) for picture data or the non-VCL for supplemental coding information. The VCL and non-VCL codes are used for the reproduction of the video source.

> **7.4.2.2    NAL unit header semantics**
>
> **forbidden_zero_bit** shall be equal to 0.
>
> **nal_unit_type** specifies the type of RBSP data structure contained in the NAL unit as specified in Table 7-1.

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at p. 64.

```
Type: 6 bits
   nal_unit_type.  This field specifies the NAL unit type as defined
   in Table 7-1 of [HEVC].  If the most significant bit of this field
   of a NAL unit is equal to 0 (i.e., the value of this field is less
   than 32), the NAL unit is a VCL NAL unit.  Otherwise, the NAL unit
   is a non-VCL NAL unit.  For a reference of all currently defined
   NAL unit types and their semantics, please refer to Section 7.4.2
   in [HEVC].
```

https://datatracker.ietf.org/doc/html/rfc7798.

55.     The i.MX 8M Plus Applications Processor includes a synthesizing unit operable to generate data bursts, each of the generated data bursts including the generated first layer code and second layer code.  For example, the i.MX 8M Plus Applications Processor has a synthesizing unit that generates access units which are bursts of data. The access units are coded (synthesized) such that the data bursts have concrete boundaries, which may be signaled by an access unit delimiter for simplicity. Each access unit contains NAL units which each include a NAL Unit Type indicating VCL or non-VCL NAL units.

---

**7.4.3.5    Access unit delimiter RBSP semantics**

The access unit delimiter may be used to indicate the type of slices present in the coded pictures in the access unit containing the access unit delimiter NAL unit and to simplify the detection of the boundary between access units. There is no normative decoding process associated with the access unit delimiter.

---

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at p. 87.

---

**7.4.2.4.4    Order of NAL units and coded pictures and their association to access units**

This clause specifies the order of NAL units and coded pictures and their association to access units for CVSs that conform to one or more of the profiles specified in Annex A and that are decoded using the decoding process specified in clauses 2 through 10.

An access unit consists of one coded picture with nuh_layer_id equal to 0, zero or more VCL NAL units with nuh_layer_id greater than 0 and zero or more non-VCL NAL units. The association of VCL NAL units to coded pictures is described in clause 7.4.2.4.5.

---

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at p. 69.

56.     The i.MX 8M Plus Applications Processor includes a multiplexing unit operable to create the broadcast stream by multiplexing the generated data bursts.  For example, a multiplexing unit of the i.MX 8M Plus Applications Processor assembles the access units into a continuous bitstream.



**Figure 7-1 – Structure of an access unit not containing any NAL units with nal_unit_type equal to FD_NUT, SUFFIX_SEI_NUT, VPS_NUT, SPS_NUT, PPS_NUT, RSV_VCL_N10, RSV_VCL_R11, RSV_VCL_N12, RSV_VCL_R13, RSV_VCL_N14, RSV_VCL_R15, RSV_IRAP_VCL22 or RSV_IRAP_VCL23, or in the range of RSV_VCL24..RSV_VCL31, RSV_NVCL41..RSV_NVCL47 or UNSPEC48..UNSPEC63**

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at p. 71.



https://link.springer.com/article/10.1007/s11554-019-00923-5/figures/3.



https://www.slideshare.net/slideshow/hevc-definitions-and-highlevel-syntax/42876564#3.

57.    The HEVC Accused Products include a transmitting unit operable to

transmit the created broadcast stream to the network.  For example, a transmitting unit of the i.MX 8M Plus Applications Processor outputs the complete bitstream via a network (*e.g.*, the Internet).  The transmitting unit may be any of the network interfaces used by the i.MX 8M Plus Applications Processor . These interfaces receive the HEVC encoded bitstream and transmit it into the network.



https://www.researchgate.net/figure/HEVC-H265-Encoder-Block-diagram-6_fig1_322647449.



https://www.nxp.com/products/IMX8MPLUS.

58.    Claim 10 of the '498 patent recites:

A reception apparatus for use in a digital broadcasting system for transmitting and receiving, via a network, a broadcast stream created from a broadcast source, the broadcast source including image and audio data and being used for broadcasting, said reception apparatus comprising:

a receiving unit operable to receive the broadcast stream via the network;

a decoding unit operable to extract, from the received broadcast stream, at least one of a first layer code and a second layer code, the first layer code and the second layer code (i) being generated from the broadcast source coded based on a characteristic of the broadcast source, and (ii) respectively being for reproduction of the broadcast source; and

a reproducing unit operable to reproduce the broadcast source using the at least one of the first layer code and the second layer code extracted by said decoding unit.

59.     The HEVC Accused Products are each a reception apparatus enabled to receive digital HEVC-encoded content streams of video and audio.

# i.MX 8M APPLICATIONS PROCESSOR FAMILY

## Scalable, state-of-the-art audio, voice, vision and video processing

The i.MX 8M family is designed for high-performance computing, industry-leading audio, voice and video applications. The i.MX 8M processors offer up to 4KUltraHD video streaming with pro audio fidelity, voice assistance, machine vision and advanced machine learning capabilities, making them an ideal choice for a wide range of edge computing applications.

### Key Features



**High performance at low power**
- Advanced process technology node with much lower leakage than standard technologies
- Scalable power using mobile power architecture
- Single-, dual- or quad-core Arm Cortex-A53 cores up to 1.8 GHz
- Heterogeneous multicore processing with Arm Cortex-M4 running up to 400+ MHz to offload tasks, optimize power and enhance security
- Heterogeneous multicore processing with Arm Cortex-M4 or Cortex-M7 to offload tasks, optimize power and enhance security
- 2.3 TOPS NPU and Cadence® Tensilica®HiFi4 DSP up to 800 MHz



**Impressive multimedia performance**
- Up to 4K video decoding in h.265, h.264, VP9 with high dynamic range (HDR)
- Up to 1080p60 video encoding (H.264, VP8) using parallel VPU engine to enable video transcode applications (video calling)
- High-performance 3D graphic processing unit (GPU)
- Highest levels of pro audio fidelity with 32-bit @ 384 KHz, up to 32-ch. TDM and DSD512 support
- On-chip ISP supporting two cameras

https://www.nxp.com/docs/en/brochure/IMX8SERAPPBR.pdf.

60.     The HEVC Accused Products include a receiving unit operable to receive the broadcast stream via the network.  For example, the HEVC Accused

Products are operable to receive the H.265 encoded broadcast stream. On information and belief, the HEVC Accused Products include a receiving unit that receives the HEVC bitstream for decoding.



**Fig. 1**: General diagram of HEVC decoder

https://www.researchgate.net/publication/235760245_Parallel_video_decoding_in_the_emerging_HEVC_standard.

61. The HEVC Accused Products include a decoding unit operable to extract, from the received broadcast stream, at least one of a first layer code and a second layer code, the first layer code and the second layer code (i) being generated from the broadcast source coded based on a characteristic of the broadcast source, and (ii) respectively being for reproduction of the broadcast source.

62. For example, the HEVC Accused Products have H.265 decoding units that extract coded NAL Unit Types (nal_unit_type) from the received stream. The

NAL Unit Type is generated during the coding process at the broadcast source and coded based on the broadcast source (*e.g.*, VCL NAL Units contain picture data and non-VCL NAL Units contain supplemental decoding information). Additionally, the NAL Unit Type identifies whether a NAL Unit is a Video Coding Layer NAL Unit or a non-VCL NAL Unit. These codes (VCL and non-VCL) act as first and second layer codes and are used for the decoding process.



**Fig. 1**: General diagram of HEVC decoder

https://www.researchgate.net/publication/235760245_Parallel_video_decoding_in_the_emerging_HEVC_standard.

7.4.2.2    **NAL unit header semantics**

**forbidden_zero_bit** shall be equal to 0.

**nal_unit_type** specifies the type of RBSP data structure contained in the NAL unit as specified in Table 7-1.

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at p. 64.

```
Type: 6 bits
    nal_unit_type.  This field specifies the NAL unit type as defined
    in Table 7-1 of [HEVC].  If the most significant bit of this field
    of a NAL unit is equal to 0 (i.e., the value of this field is less
    than 32), the NAL unit is a VCL NAL unit.  Otherwise, the NAL unit
    is a non-VCL NAL unit.  For a reference of all currently defined
    NAL unit types and their semantics, please refer to Section 7.4.2
    in [HEVC].
```

https://datatracker.ietf.org/doc/html/rfc7798.

63.    The HEVC Accused Products include a reproducing unit operable to reproduce the broadcast source using the at least one of the first layer code and the second layer code extracted by said decoding unit.

64.    The HEVC Accused Products have a unit that outputs a signal that is a reproduction of the source media.  The HEVC Accused Products reconstruct the media using the NAL Unit Types, which govern the picture output order. The HEVC Accused Products include a unit that outputs a signal that is a reproduction of the source media.  The devices use the NAL Unit Types, which indicate a VCL NAL Unit or a non-VCL NAL Unit, to reconstruct the media.



**Fig. 1**: General diagram of HEVC decoder

https://www.researchgate.net/publication/235760245_Parallel_video_decoding_in_the_emerging_HEVC_standard.

All coded slice segment NAL units of an access unit shall have the same value of nal_unit_type. A picture or an access unit is also referred to as having a nal_unit_type equal to the nal_unit_type of the coded slice segment NAL units of the picture or the access unit.

If a picture has nal_unit_type equal to TRAIL_N, TSA_N, STSA_N, RADL_N, RASL_N, RSV_VCL_N10, RSV_VCL_N12 or RSV_VCL_N14, the picture is an SLNR picture. Otherwise, the picture is a sub-layer reference picture.

Each picture, other than the first picture in the bitstream in decoding order, is considered to be associated with the previous intra random access point (IRAP) picture in decoding order.

When a picture is a leading picture, it shall be a RADL or RASL picture.

When a picture is a trailing picture, it shall not be a RADL or RASL picture.

When a picture is a leading picture, it shall precede, in decoding order, all trailing pictures that are associated with the same IRAP picture.

No RASL pictures shall be present in the bitstream that are associated with a BLA picture having nal_unit_type equal to BLA_W_RADL or BLA_N_LP.

No RASL pictures shall be present in the bitstream that are associated with an IDR picture.

No RADL pictures shall be present in the bitstream that are associated with a BLA picture having nal_unit_type equal to BLA_N_LP or that are associated with an IDR picture having nal_unit_type equal to IDR_N_LP.

> NOTE 7 – It is possible to perform random access at the position of an IRAP access unit by discarding all access units before the IRAP access unit (and to correctly decode the IRAP picture and all the subsequent non-RASL pictures in decoding order), provided each parameter set is available (either in the bitstream or by external means not specified in this Specification) when it needs to be activated.

Any picture that has PicOutputFlag equal to 1 that precedes an IRAP picture in decoding order shall precede the IRAP picture in output order and shall precede any RADL picture associated with the IRAP picture in output order.

Any RASL picture associated with a CRA or BLA picture shall precede any RADL picture associated with the CRA or BLA picture in output order.

Any RASL picture associated with a CRA picture shall follow, in output order, any IRAP picture that precedes the CRA picture in decoding order.

When sps_temporal_id_nesting_flag is equal to 1 and TemporalId is greater than 0, the nal_unit_type shall be equal to TSA_R, TSA_N, RADL_R, RADL_N, RASL_R or RASL_N.

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at p. 66.

| nal_unit_type | Name of nal_unit_type | Content of NAL unit and RBSP syntax structure | NAL unit type class |
|---|---|---|---|
| 0<br>1 | TRAIL_N<br>TRAIL_R | Coded slice segment of a non-TSA, non-STSA trailing picture<br>slice_segment_layer_rbsp( ) | VCL |
| 2<br>3 | TSA_N<br>TSA_R | Coded slice segment of a TSA picture<br>slice_segment_layer_rbsp( ) | VCL |
| 4<br>5 | STSA_N<br>STSA_R | Coded slice segment of an STSA picture<br>slice_segment_layer_rbsp( ) | VCL |
| 6<br>7 | RADL_N<br>RADL_R | Coded slice segment of a RADL picture<br>slice_segment_layer_rbsp( ) | VCL |
| 8<br>9 | RASL_N<br>RASL_R | Coded slice segment of a RASL picture<br>slice_segment_layer_rbsp( ) | VCL |
| 10<br>12<br>14 | RSV_VCL_N10<br>RSV_VCL_N12<br>RSV_VCL_N14 | Reserved non-IRAP SLNR VCL NAL unit types | VCL |
| 11<br>13<br>15 | RSV_VCL_R11<br>RSV_VCL_R13<br>RSV_VCL_R15 | Reserved non-IRAP sub-layer reference VCL NAL unit types | VCL |
| 16<br>17<br>18 | BLA_W_LP<br>BLA_W_RADL<br>BLA_N_LP | Coded slice segment of a BLA picture<br>slice_segment_layer_rbsp( ) | VCL |
| 19<br>20 | IDR_W_RADL<br>IDR_N_LP | Coded slice segment of an IDR picture<br>slice_segment_layer_rbsp( ) | VCL |
| 21 | CRA_NUT | Coded slice segment of a CRA picture<br>slice_segment_layer_rbsp( ) | VCL |
| 22<br>23 | RSV_IRAP_VCL22<br>RSV_IRAP_VCL23 | Reserved IRAP VCL NAL unit types | VCL |
| 24..31 | RSV_VCL24..<br>RSV_VCL31 | Reserved non-IRAP VCL NAL unit types | VCL |
| 32 | VPS_NUT | Video parameter set<br>video_parameter_set_rbsp( ) | non-VCL |
| 33 | SPS_NUT | Sequence parameter set<br>seq_parameter_set_rbsp( ) | non-VCL |
| 34 | PPS_NUT | Picture parameter set<br>pic_parameter_set_rbsp( ) | non-VCL |
| 35 | AUD_NUT | Access unit delimiter<br>access_unit_delimiter_rbsp( ) | non-VCL |
| 36 | EOS_NUT | End of sequence<br>end_of_seq_rbsp( ) | non-VCL |
| 37 | EOB_NUT | End of bitstream<br>end_of_bitstream_rbsp( ) | non-VCL |
| 38 | FD_NUT | Filler data<br>filler_data_rbsp( ) | non-VCL |
| 39<br>40 | PREFIX_SEI_NUT<br>SUFFIX_SEI_NUT | Supplemental enhancement information<br>sei_rbsp( ) | non-VCL |
| 41..47 | RSV_NVCL41..<br>RSV_NVCL47 | Reserved | non-VCL |
| 48..63 | UNSPEC48..<br>UNSPEC63 | Unspecified | non-VCL |

Table 7-1 – NAL unit type codes and NAL unit type classes

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (06/2019)) at p. 65.

**NXP INFRINGES U.S. PATENT NUMBER 8,019,169.**

65.    The Patent Office issued U.S. Patent No. 8,019,169, titled "Image Coding Apparatus, Image Decoding Apparatus, Image Processing Apparatus and Methods Thereof" on September 13, 2011, after a thorough examination and determination that the subject matter claimed is patentable.

66.    Claim 20 of the '169 patent recites:

An image coding method comprising the steps of:

searching at least one second still image which is similar to a first still image from a group of images;

generating a predictive image for the first still image using the at least one second still image as a reference image;

coding, by generating a bit stream by coding a difference between the first still image and the predictive image; and

adding, to the bit stream, information which indicates a location of the at least one second still image.

67.    The NXP i.MX 8M Plus applications processor performs an image coding method.  For example, the NXP i.MX 8M Plus applications processor encodes video to conform with the HEVC standard for video encoding.

| 3.54 | encoding process: A process not specified in this Specification that produces a *bitstream* conforming to this Specification. |

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at p. 7.

68.    NXP i.MX 8M Plus applications processor performs a method that searches at least one second still image which is similar to a first still image from a group of images.  For example, when encoding video, the NXP i.MX 8M Plus applications processor performs a motion estimation process wherein the encoder searches a Reference Frame (*e.g.*, still image that is similar to the Current Frame, a first still image).



https://www.semanticscholar.org/paper/Fast-Motion-Estimation-Algorithm-for-HEVC-Nalluri-Alves/61508b378101431f5e282cff99e3a840745c8c47.

69.    The NXP i.MX 8M Plus applications processor performs a method

that generates a predictive image for the first still image using the at least one second still image as a reference image. For example, when encoding video, the NXP i.MX 8M Plus applications processor generates a predictive image through the use of an inter-prediction process that uses the Reference Frame as reference for the predictive image. Additionally, the Motion Vectors are applied to the Reference Frame to produce the predictive image, and the difference between the predictive image and the first still image is defined by a residual.



https://www.semanticscholar.org/paper/Fast-Motion-Estimation-Algorithm-for-HEVC-Nalluri-Alves/61508b378101431f5e282cff99e3a840745c8c47.



**Fig. 3.1** Block diagram of an HEVC encoder with built-in decoder (*gray shaded*)

https://www.researchgate.net/publication/300315241_Block_Structures_and_Parallelism_Features_in_HEVC.

70.    The NXP i.MX 8M Plus applications processor performs a method that codes, by generating a bit stream by coding a difference between the first still image and the predictive image.  For example, the NXP i.MX 8M Plus applications processor codes a residual (*e.g.*, difference between the first still image and the predictive image).



**Fig. 3.1**  Block diagram of an HEVC encoder with built-in decoder (*gray shaded*)

https://www.researchgate.net/publication/300315241_Block_Structures_and_Parallelism_Features_in_HEVC.

71.    The NXP i.MX 8M Plus applications processor performs a method that adds, to the bit stream, information which indicates a location of the at least one second still image.  For example, the NXP i.MX 8M Plus applications processor encodes a bit stream that includes bits that indicate an index for the reference picture (*e.g.*, second still image).

> **short_term_ref_pic_set_idx** specifies the index, into the list of the st_ref_pic_set( ) syntax structures included in the active SPS, of the st_ref_pic_set( ) syntax structure that is used for derivation of the short-term RPS of the current picture. The syntax element short_term_ref_pic_set_idx is represented by Ceil( Log2( num_short_term_ref_pic_sets ) ) bits. When not present, the value of short_term_ref_pic_set_idx is inferred to be equal to 0. The value of short_term_ref_pic_set_idx shall be in the range of 0 to num_short_term_ref_pic_sets − 1, inclusive.

https://www.itu.int/rec/T-REC-H.265/en  (H.265 Specification (11/2019)) at p. 96.

72.    Claim 21 of the '169 patent recites:

An image decoding method comprising the steps of:

acquiring a bit stream and additional information which indicates a first still
   image;

acquiring a second still image indicated in the additional information;

generating a predictive image for the first image using the second still image
   as a reference image; and

adding prediction residual obtained from the bit stream indicating the first
   image and the predictive image to obtain the first still image.

73.    The NXP HEVC Accused Products perform an image decoding
method, for example, an H.265 image decoding method.

> **8        Decoding process**
>
> **8.1      General decoding process**
>
> **8.1.1    General**
>
> Input to this process is a bitstream. Output of this process is a list of decoded pictures.
>
> The decoding process is specified such that all decoders that conform to a specified profile, tier and level will produce numerically identical cropped decoded output pictures when invoking the decoding process associated with that profile

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at p. 116.

74.    The HEVC Accused Products acquire a bit stream and additional information which indicates a first still image.  For example, for the H.265 decoding process, a decoder acquires a bit stream and additional information by receiving an input bit stream (H.265 entireBitstream) and extracting a sub-bitstream (*e.g.,* additional information) and assigning that extraction output to a bitstream referred to as "BistreamToDecode".

75.    "BitstreamToDecode" indicates a current picture (first still image) via the variable "CurrPic". The syntax elements and upper-case variables from the H.265 Clause 7 (entitled "Syntax and Semantics") are used as inputs to the decoding process for the current pictures.  When the decoder interprets the semantics of each syntax element in each NAL unit, H.265's use of the term "the bit stream" (or part thereof, *e.g.*, coded video sequence (CVS) of the bit stream) refers to BitstreamToDecode.

| 8 | Decoding process |
|---|---|
| 8.1 | General decoding process |
| 8.1.1 | General |

Input to this process is a bitstream. Output of this process is a list of decoded pictures.

The decoding process is specified such that all decoders that conform to a specified profile, tier and level will produce numerically identical cropped decoded output pictures when invoking the decoding process associated with that profile

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at p. 116.

| 8.1.3 | Decoding process for a coded picture with nuh_layer_id equal to 0 |
|---|---|

The decoding processes specified in this clause apply to each coded picture with nuh_layer_id equal to 0, referred to as the current picture and denoted by the variable CurrPic, in BitstreamToDecode.

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at p. 117.

> **F.8.1.3    Common decoding process for a coded picture**
>
> The decoding processes specified in the remainder of this clause apply to each coded picture, referred to as the current picture and denoted by the variable CurrPic, in BitstreamToDecode.

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at p. 499.

> **3.160    sub-bitstream extraction process:** A specified process by which *NAL units* in a *bitstream* that do not belong to a target set, determined by a target highest TemporalId and a target *layer identifier list*, are removed from the *bitstream*, with the output sub-bitstream consisting of the NAL units in the *bitstream* that belong to the target set.

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at p. 12.

76.    "BitstreamToDecode" comprises the NAL units of the input entireBitstream that belong to a target set (after the NAL units that do not belong to a target set are removed) according to sub-bitstream extraction process input variables, *e.g.*, OpTid (equal to the highest TemporalId of all NAL units included in the operation point) and OpLayerIDList (list of nuh_layer_id values of all NAL units included in the operation point).

> A layer set is identified by the associated layer identifier list. The i-th layer set specified by the VPS is associated with the layer identifier list LayerSetLayerIdList[ i ], for i in the range of 0 to vps_num_layer_sets_minus1, inclusive.
>
> A layer set consists of all operation points that are associated with the same layer identifier list.
>
> Each operation point is identified by the associated layer identifier list, denoted as OpLayerIdList, which consists of the list of nuh_layer_id values of all NAL units included in the operation point, in increasing order of nuh_layer_id values, and a variable OpTid, which is equal to the highest TemporalId of all NAL units included in the operation point. The bitstream subset associated with the operation point identified by OpLayerIdList and OpTid is the output of the sub-bitstream extraction process as specified in clause 10 with the bitstream, the target highest TemporalId equal to OpTid, and the target layer identifier list equal to OpLayerIdList as inputs. The OpLayerIdList and OpTid that identify an operation point are also referred to as the OpLayerIdList and OpTid associated with the operation point, respectively.

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at p. 74.

**Annex C**

**Hypothetical reference decoder**

(This annex forms an integral part of this Recommendation | International Standard.)

**C.1    General**

This annex specifies the hypothetical reference decoder (HRD) and its use to check bitstream and decoder conformance.

For each test, the following ordered steps apply in the order listed, followed by the processes described after these steps in this clause:

1.  An operation point under test, denoted as TargetOp, is selected by selecting a layer identifier list OpLayerIdList and a target highest TemporalId value OpTid. The layer identifier list OpLayerIdList of TargetOp either consists of all the nuh_layer_id values of the VCL NAL units present in entireBitstream or consists of all the nuh_layer_id values of a layer set specified by the active VPS. The value of OpTid is in the range of 0 to sps_max_sub_layers_minus1, inclusive. The values of OpLayerIdList and OpTid are such that the sub-bitstream BitstreamToDecode that is the output by invoking the sub-bitstream extraction process as specified in clause 10 with entireBitstream, OpTid and OpLayerIdList as inputs satisify both of the following conditions:

    –    There is at least one VCL NAL unit in BitstreamToDecode with nuh_layer_id equal to each of the nuh_layer_id values in OpLayerIdList.
    –    There is at least one VCL NAL unit with TemporalId equal to OpTid in BitstreamToDecode.

https://www.itu.int/rec/T-REC-H.265/en  H.265 Specification (11/2019) at pp. 273, 274.

77.    The HEVC Accused Products performs a method that acquires a second still image indicated in the additional information.  For example, for the H.265 decoding process, the decoder acquires a reference picture (*e.g.,* "second still image") by selecting a reference picture from a reference picture list, which is included in the sub-bitstream (*e.g,* "additional information").  The decoding process for the reference picture set is an example process for decoding the sub-bitstream.

> **8.3.2    Decoding process for reference picture set**
>
> This process is invoked once per picture, after decoding of a slice header but prior to the decoding of any coding unit and prior to the decoding process for reference picture list construction for the slice as specified in clause 8.3.4. This process may result in one or more reference pictures in the DPB being marked as "unused for reference" or "used for long-term reference".
>
> > NOTE 1 – The RPS is an absolute description of the reference pictures used in the decoding process of the current and future coded pictures. The RPS signalling is explicit in the sense that all reference pictures included in the RPS are listed explicitly.

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at p. 120.

> **8.3.4    Decoding process for reference picture lists construction**
>
> This process is invoked at the beginning of the decoding process for each P or B slice.
>
> Reference pictures are addressed through reference indices as specified in clause 8.5.3.3.2. A reference index is an index into a reference picture list. When decoding a P slice, there is a single reference picture list RefPicList0. When decoding a B slice, there is a second independent reference picture list RefPicList1 in addition to RefPicList0.
>
> At the beginning of the decoding process for each slice, the reference picture lists RefPicList0 and, for B slices, RefPicList1 are derived.

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at p. 125.

> **8.5.3.3.2    Reference picture selection process**
>
> Input to this process is a reference index refIdxLX.
>
> Output of this process is a reference picture consisting of a two-dimensional array of luma samples $refPicLX_L$ and, when ChromaArrayType is not equal to 0, two two-dimensional arrays of chroma samples $refPicLX_{Cb}$ and $refPicLX_{Cr}$.
>
> The output reference picture RefPicListX[ refIdxLX ] consists of a pic_width_in_luma_samples by pic_height_in_luma_samples array of luma samples $refPicLX_L$ and, when ChromaArrayType is not equal to 0, two PicWidthInSamplesC by PicHeightInSamplesC arrays of chroma samples $refPicLX_{Cb}$ and $refPicLX_{Cr}$.
>
> The reference picture sample arrays $refPicLX_L$, $refPicLX_{Cb}$ and $refPicLX_{Cr}$ correspond to decoded sample arrays $S_L$, $S_{Cb}$ and $S_{Cr}$ derived in clause 8.7 for a previously-decoded picture.

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at p. 164.

78.    The HEVC Accused Products perform a method that generates a predictive image for the first image using the second still image as a reference image.  For example, the predictive picture is derived from the reference picture for the inter prediction processes included in the H.265 decoding process.  The output of the inter prediction decoding is a modified reconstructed picture before

deblocking filtering, which is a predictive image.

| 3.69 | **inter prediction**: A *prediction* derived in a manner that is dependent on data elements (e.g., sample values or motion vectors) of one or more *reference pictures*. |
| --- | --- |
| | NOTE – A prediction from a reference picture that is the current picture itself is also inter prediction. |

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at p. 7.

---

**8.5    Decoding process for coding units coded in inter prediction mode**

**8.5.1    General decoding process for coding units coded in inter prediction mode**

Inputs to this process are:

– a luma location ( xCb, yCb ) specifying the top-left sample of the current luma coding block relative to the top-left luma sample of the current picture,

– a variable log2CbSize specifying the size of the current coding block.

Output of this process is a modified reconstructed picture before deblocking filtering.

The derivation process for quantization parameters as specified in clause 8.6.1 is invoked with the luma location ( xCb, yCb ) as input.

---

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019) at p. 142.

---

**8.5.2    Inter prediction process**

This process is invoked when decoding coding unit whose CuPredMode[ xCb ][ yCb ] is not equal to MODE_INTRA.

Inputs to this process are:

– a luma location ( xCb, yCb ) specifying the top-left sample of the current luma coding block relative to the top-left luma sample of the current picture,

– a variable log2CbSize specifying the size of the current luma coding block.

Outputs of this process are:

– an (nCbS$_L$)x(nCbS$_L$) array predSamples$_L$ of luma prediction samples, where nCbS$_L$ is derived as specified below,

– when ChromaArrayType is not equal to 0, an (nCbSw$_C$)x(nCbSh$_C$) array predSamples$_{Cb}$ of chroma prediction samples for the component Cb, where nCbSw$_C$ and nCbSh$_C$ are derived as specified below,

---

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019) at p. 143.

79.    The HEVC Accused Products perform a method that adds prediction residual obtained from the bit stream indicating the first image and the predictive image to obtain the first still image.  For example, for the H.265 decoding process,

arrays of prediction residual samples obtained from the bit stream, at a location where the additional information BitstreamToDecode indicating the first still image was extracted, are added to the predictive image (as array of samples predicted for the first still image) to generate the first still image.

---

The decoding process for coding units coded in inter prediction mode consists of the following ordered steps:

1. The inter prediction process as specified in clause 8.5.2 is invoked with the luma location ( xCb, yCb ) and the luma coding block size log2CbSize as inputs, and the outputs are the array predSamples$_L$ and, when ChromaArrayType is not equal to 0, the arrays predSamples$_{Cb}$ and predSamples$_{Cr}$.

2. The decoding process for the residual signal of coding units coded in inter prediction mode specified in clause 8.5.4 is invoked with the luma location ( xCb, yCb ) and the luma coding block size log2CbSize as inputs, and the outputs are the array resSamples$_L$ and, when ChromaArrayType is not equal to 0, the arrays resSamples$_{Cb}$ and resSamples$_{Cr}$.

---

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at p. 143.

---

**8.6.7    Picture construction process prior to in-loop filter process**

Inputs to this process are:

– a location ( xCurr, yCurr ) specifying the top-left sample of the current block relative to the top-left sample of the current picture component,

– the variables nCurrSw and nCurrSh specifying the width and height, respectively, of the current block,

– a variable cIdx specifying the colour component of the current block,

– an (nCurrSw)x(nCurrSh) array predSamples specifying the predicted samples of the current block,

– an (nCurrSw)x(nCurrSh) array resSamples specifying the residual samples of the current block.

Depending on the value of the colour component cIdx, the following assignments are made:

– If cIdx is equal to 0, recSamples corresponds to the reconstructed picture sample array S$_L$ and the function clipCidx1 corresponds to Clip1$_Y$.

– Otherwise, if cIdx is equal to 1, recSamples corresponds to the reconstructed chroma sample array S$_{Cb}$ and the function clipCidx1 corresponds to Clip1$_C$.

– Otherwise (cIdx is equal to 2), recSamples corresponds to the reconstructed chroma sample array S$_{Cr}$ and the function clipCidx1 corresponds to Clip1$_C$.

The (nCurrSw)x(nCurrSh) block of the reconstructed sample array recSamples at location ( xCurr, yCurr ) is derived as follows:

$$\text{recSamples}[ \text{xCurr} + i ][ \text{yCurr} + j ] = \text{clipCidx1}( \text{predSamples}[ i ][ j ] + \text{resSamples}[ i ][ j ] ) \qquad (8\text{-}327)$$
$$\text{with } i = 0..\text{nCurrSw} - 1, j = 0..\text{nCurrSh} - 1$$

---

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at p. 182.

**NXP INFRINGES U.S. PATENT NUMBER 8,737,476.**

80.    The Patent Office issued U.S. Patent No. 8,737,476, titled "Image Decoding Device, Image Decoding Method, Integrated Circuit, and Program for Performing Parallel Decoding of Coded Image Data" on May 27, 2014, after a thorough examination and determination that the subject matter claimed is patentable.

81.    Claim 14 of the '476 patent recites:

An image decoding method of decoding coded image data on a block-by-block basis, the coded image data being resulted from coding, on a block-by-block basis, of image data partitioned into blocks each of which has a predetermined number of pixels, said image decoding method comprising:

pre-decoding, on a block-by-block basis, reference information indicating a number of reference images to be referred to on a block-by-block basis for decoding the coded image data;

calculating, on a block-by-block basis using the reference information, a predictive data amount of a reference image to be read out on a block-by-block basis from a storage unit for decoding the coded image data, the storage unit storing data of at least one reference image to be referred to for decoding the coded image data;

determining, using the predictive data amount calculated, multiple blocks in

the coded image data which are to be decoded in parallel, in such a

manner as to reduce variation in amounts of data read out from the

storage unit; and

decoding in parallel the determined multiple blocks in the coded image data.

82.    The HEVC Accused Products perform an image decoding method of decoding coded image data on a block-by-block basis, the coded image data being resulted from coding, on a block-by-block basis, of image data partitioned into blocks each of which has a predetermined number of pixels.  For example, the HEVC Accused Products each implement an image decoding method that decoded coded images on a block-by-block basis.  The HEVC Accused Product use blocks in the decoding process (CTUs) that have a 'predetermined' numbered of pixels (e.g., 64 x 64 pixels). As shown below the "image data is partitioned into blocks each of which has a predetermined number of pixels" and "coded image data being resulted from coding, on a block-by-bock basis."



Figure 2: Structure of an HEVC encoder and decoder



Figure 3: Picture, slice, Coding Tree Unit (CTU), Coding Units (CUs)



Figure 4: Video frame showing Slices and Coding Tree Units (source: Parabola Research)



Figure 5: Coding Tree Unit subdivided into Coding Units (source: Parabola Research)

https://www.vcodex.com/hevc-an-introduction-to-high-efficiency-coding/.

| Options | Value |
|---|---|
| Max. CU size | 64×64 |
| Max. partition depth | 4 |
| Transform size: Min.-Max. | 4-32 |
| Period of I-frames | 256 |
| Number of B-frames (GOP Size) | 8 |
| Number of reference frames | 4 |
| Motion estimation algorithm | EPZS [25] |
| Search range | 48 |
| Asymmetrical Motion Partition | Enabled |
| Internal bit depth | 8 |
| Sample Adaptive Offset (SAO) | Enabled |
| Wavefront Parallel Processing (WPP) | Enabled |
| Quantization Parameter (QP) | 22, 26, 30, 34 |

**Table 2** Coding options.

https://www.researchgate.net/publication/235760260_Parallel_HEVC_Decoding_on_Multi-_and_Many-core_Architectures.

83.    The HEVC Accused Products perform a method that pre-decodes, on a block-by-block basis, reference information indicating a number of reference images to be referred to on a block-by-block basis for decoding the coded image data.  Section 8.3 ("Slice decoding process") of the H.265/HEVC specification evidences that the HEVC Accused Products perform the claimed method.

84.    For example, the slice decoding process implemented by the HEVC Accused Product's H.265 decoder includes obtaining reference information that indicates a 'number of reference images' for decoding an image slice prior to decoding (*e.g.*, "pre-decoding") the current image to be decoded on a block-by-

block basis.  The HEVC Accused Product's H.265 decoder receives information from the slice header that includes RPS (Reference Picture Set) information.

85.    The RPS information contains "reference information" indicating number of images to be referred to for decoding an image slice (*e.g.* in the example below, images I0 and P1 are the "reference images" used to decode image B2). For example, RPS contains syntax and index structures that refer to one or more reference pictures and how those reference pictures are to be used to decode image slices.

---

**E. Order of Picture Decoding and DPB Operations**

The order of picture decoding and DPB operations in HEVC is changed compared to H.264/AVC in order to exploit the advantages of RPS and improve error resilience. In H.264/AVC picture marking and buffer operations (both output and removal of decoded pictures from the DPB) are applied after a current picture has been decoded, with the exception of when gaps in FrameNum are detected. In HEVC, the RPS is first decoded from a slice header of the current picture, then picture marking and buffer operations are applied before decoding the current picture.

The order of different processes for H.264/AVC and HEVC is shown in Figs. 8 and 9, respectively. As can be seen, the high-level decoding processes based on syntax elements in the slice header and above in HEVC have been significantly simplified compared to H.264/AVC thanks to the introduction of the RPS concept.

---

https://www.researchgate.net/publication/260665391_Overview_of_HEVC_High-Level_Syntax_and_Reference_Picture_Management.



Figure 3: Picture, slice, Coding Tree Unit (CTU), Coding Units (CUs)



Figure 5: Coding Tree Unit subdivided into Coding Units (source: Parabola Research)

https://www.vcodex.com/hevc-an-introduction-to-high-efficiency-coding/.

### 2.4.1   Picture Order Count and the DPB

Every picture in HEVC has a picture order count (POC) value assigned to it, denoted as PicOrderCntVal. It has three main uses: to uniquely identify pictures, to indicate the output position relative to other pictures in the same CVS, and to perform motion vector scaling within the lower-level VCL decoding process. All pictures in the same CVS must have a unique POC value. Pictures from different CVSs may share the same POC value, but pictures can still be uniquely identified since there are no possibilities to mix pictures from one CVS with any picture of another CVS. Gaps in POC values are allowed in a CVS—i.e., the POC value difference between two pictures that are consecutive in output order can differ by more than one (and in fact the amount by which the POC values for consecutive pictures may differ can vary arbitrarily).

The POC value of a picture is signaled by the slice_pic_order_cnt_lsb codeword in the slice header. The range of allowed POC values is from $-2^{31}$ to $2^{31} - 1$, so in order to save bits in the slice header, only the least significant bits of the POC value (POC LSB) is signaled. The number of bits to use for POC LSB can be between 4 and 16, and is signaled in the SPS. Since only the POC LSB is signaled in the slice header, the most significant POC value bits (POC MSB) for the current picture are derived from a previous picture, called prevTid0Pic. In order for POC derivation to work the same way even if pictures are removed, prevTid0Pic is set to the closest previous picture of temporal layer 0 that is not a RASL picture, a RADL picture, or a sub-layer non-reference picture. The decoder derives the POC MSB value by comparing the POC value of the current picture with the POC value of the prevTid0Pic picture.

https://doc.lagout.org/science/0_Computer%20Science/2_Algorithms/High%20Efficiency%20Video%20Coding%20%28HEVC%29_%20Algorithms%20and%20Architectures%20%5BSze%2C%20Budagavi%20%26%20Sullivan%202014-08-24%5D.pdf at p. 35.

| Picture | RPS {reference picture, used by current picture} |
|---|---|
| $I_0$ | - |
| $P_1$ | { $I_0$, 1} |
| $B_2$ | { $I_0$, 1}, { $P_1$, 1} |
| $B_3$ | { $I_0$, 1}, { $P_1$, 0}, { $B_2$, 1} |
| $B_4$ | { $P_1$, 1}, { $B_2$, 1} |

TABLE II. REFERENCE PICTURE SET EXAMPLE



Fig. 7. Coding structure for reference picture set example

https://www.researchgate.net/publication/260665391_Overview_of_HEVC_High-Level_Syntax_and_Reference_Picture_Management.

86.    The RPS information contains reference information indicating number of images to be referred to for decoding an image slice (*e.g.*, in the example below, images I0 and P1 are the "reference images" used to decode image B2 – where the "number of reference images" is two).

87.    The slice header containing the status of the DPB (Decoded Picture Buffer) informs the HEVC Accused Product's H.265 decoder of the number of reference images to be referred to for decoding an image slice (*e.g.*, image B2 below requires two reference images to be decoded).

| TABLE II. REFERENCE PICTURE SET EXAMPLE | |
|---|---|
| **Picture** | **RPS {reference picture, used by current picture}** |
| $I_0$ | - |
| $P_1$ | { $I_0$, 1} |
| $B_2$ | { $I_0$, 1}, { $P_1$, 1} |
| $B_3$ | { $I_0$, 1}, { $P_1$, 0}, { $B_2$, 1} |
| $B_4$ | { $P_1$, 1}, { $B_2$, 1} |



Fig. 7.  Coding structure for reference picture set example

## VI.  REFERENCE PICTURE SETS

### A.  Introduction

The reference picture set (RPS) concept in HEVC defines how previously decoded pictures are managed in a decoded picture buffer (DPB) in order to be used for reference, i.e., sample data prediction and motion vector prediction. Pictures in the DPB

can be marked as "used for short-term reference", "used for long-term reference" or "unused for reference". Once a picture has been marked "unused for reference" it can no longer be used for prediction, and when it is no longer needed for output it can be removed from the DPB. The RPS concept for reference picture management is fundamentally different from the reference picture management of previous video coding standards. Instead of signaling relative changes to the DPB, the status of the DPB is signaled in every slice. A goal in the HEVC development for reference picture management was to have a basic level of error robustness in all standard-conforming bitstreams and decoders.

https://www.researchgate.net/publication/260665391_Overview_of_HEVC_High-Level_Syntax_and_Reference_Picture_Management.

88.    The HEVC Accused Products perform a method that calculates, on a block-by-block basis using the reference information, a predictive data amount of a reference image to be read out on a block-by-block basis from a storage unit for decoding the coded image data, the storage unit storing data of at least one reference image to be referred to for decoding the coded image data.

89.    For example, in H.265/HEVC, the DPB (Decoded Picture Buffer) is a "storage unit" that stores RPS information, including the reference images to be used for decoding an image slice. For example, the DPB can store three reference images (I0, P1, B2) that are used in the example's HEVC decoding process.

90.    The NXP Accused Product's H.265 decoder uses the RPS "reference information" to calculate the amount of reference image data required to decode an image slice. More specifically, the H.265 decoder determines the total amount of reference image data ("predictive data amount") required to decode an image slice.

91.    For 'n' number of reference images the total "predictive data amount" is 'n' times the data amount of one reference image. In the example below, to decode the *B2* image the H.265 decoder calculates that a predictive data amount associated with two reference images (*I0* and *P1*) is to be read out from the DPB since two reference images are used to decode the image *B2*.

| Picture | RPS {reference picture, used by current picture} |
|---------|---------------------------------------------------|
| $I_0$ | - |
| $P_1$ | { $I_0$, 1} |
| $B_2$ | { $I_0$, 1}, { $P_1$, 1} |
| $B_3$ | { $I_0$, 1}, { $P_1$, 0}, { $B_2$, 1} |
| $B_4$ | { $P_1$, 1}, { $B_2$, 1} |

TABLE II. REFERENCE PICTURE SET EXAMPLE



Fig. 7.  Coding structure for reference picture set example

### D.  Reference picture set example

An example of a coding structure is shown in Fig. 7. The RPSs for the pictures in Fig. 7 are shown in Table II. The first picture in decoding order is an IDR picture, $I_0$, for which no reference picture set is signaled since it is the first picture in the coded video sequence and no picture that precedes the IDR picture in decoding order can be used for reference by the IDR picture or by any picture that follows the IDR picture in decoding order. The second picture in decoding order, $P_1$, uses $I_0$ for reference. It must therefore include $I_0$ in its RPS. Picture $B_2$ uses both $I_0$ and $P_1$ for reference so they are both included in the RPS of $B_2$.

https://www.researchgate.net/publication/260665391_Overview_of_HEVC_High-Level_Syntax_and_Reference_Picture_Management.

The decoded picture buffer (DPB) in HEVC is a buffer that contains decoded pictures. Decoded pictures other than the current picture may be stored in the DPB either because they are needed for reference, or because they have not been output yet, something that is necessary to enable out-of-order output. Note that the current decoded picture is also stored in the DPB. Figure 2.12 shows two example referencing structures that both need a DPB size of at least three pictures. Pictures $P_1$ and $P_2$ in Fig 2.12a both need to be stored in the DPB when $P_3$ is being decoded since they are both output after $P_3$. The DPB therefore needs to be capable to store $P_1$, $P_2$, and $P_3$ simultaneously. In Fig. 2.12b, each picture uses two reference pictures so the DPB needs to be large enough to store three pictures simultaneously here as well. The referencing structure in Fig. 2.12b is an example of a so-called low-delay B structure, in which bi-prediction is extensively used without any out-of-order output.

https://doc.lagout.org/science/0_Computer%20Science/2_Algorithms/High%20Efficiency%20Video%20Coding%20%28HEVC%29_%20Algorithms%20and%20Architectures%20%5BSze%2C%20Budagavi%20%26%20Sullivan%202014-08-24%5D.pdf.

92.  The HEVC Accused Products determine, using the predictive data

amount calculated, multiple blocks in the coded image data which are to be decoded in parallel, in such a manner as to reduce variation in amounts of data read out from the storage unit.

93.    For example, the HEVC Accused Product's H.265 decoder uses the "predictive data" and the reference images to determine the blocks (CTUs) that are to be decoded in parallel in the current image to be decoded.  The H.265 decoder determines the multiple blocks in image B2 to be decoded in parallel using exemplary reference images I0 and P1.  The exemplary coded image data can be decoded in parallel.



**Figure 1**  Block diagram of the HEVC decoder.



**Figure 3** Decoder organization supporting multi-threaded overlapping wavefront execution.

https://sci-hub.ru/https://doi.org/10.1007/s11265-012-0714-2.

| Picture | RPS {reference picture, used by current picture} |
|---------|------------------------------------------------|
| $I_0$ | - |
| $P_1$ | { $I_0$, 1} |
| $B_2$ | { $I_0$, 1}, { $P_1$, 1} |
| $B_3$ | { $I_0$, 1}, { $P_1$, 0}, { $B_2$, 1} |
| $B_4$ | { $P_1$, 1}, { $B_2$, 1} |

TABLE II. REFERENCE PICTURE SET EXAMPLE



Fig. 7. Coding structure for reference picture set example

https://www.researchgate.net/publication/260665391_Overview_of_HEVC_High-Level_Syntax_and_Reference_Picture_Management.



Figure 5: Coding Tree Unit subdivided into Coding Units (source: Parabola Research)

https://www.vcodex.com/hevc-an-introduction-to-high-efficiency-coding/.

94.    The HEVC Accused Products decode in parallel the determined

multiple blocks in the coded image data.  For example, the Accused Product's H.265 decoder decodes the determined multiple blocks in parallel, and multiple blocks in exemplary image B2 are decoded in parallel while the exemplary H.265 decoder uses images I0 and P1 as reference images to decode the same.  The coded image data is decoded in parallel (for example, picture B2 is decoded using two reference pictures).

| TABLE II. REFERENCE PICTURE SET EXAMPLE ||
|---|---|
| **Picture** | **RPS {reference picture, used by current picture}** |
| $I_0$ | - |
| $P_1$ | { $I_0$, 1} |
| $B_2$ | { $I_0$, 1}, { $P_1$, 1} |
| $B_3$ | { $I_0$, 1}, { $P_1$, 0}, { $B_2$, 1} |
| $B_4$ | { $P_1$, 1}, { $B_2$, 1} |



Fig. 7.  Coding structure for reference picture set example

https://www.researchgate.net/publication/260665391_Overview_of_HEVC_High-Level_Syntax_and_Reference_Picture_Management.



Figure 5: Coding Tree Unit subdivided into Coding Units (source: Parabola Research)

https://www.vcodex.com/hevc-an-introduction-to-high-efficiency-coding/.



https://perso.telecom-paristech.fr/cagnazzo/doc/MN910/ADV/h264_hevc.pdf at
Slide 93.

**NXP INFRINGES U.S. PATENT NUMBER 8,971,401.**

95.    The Patent Office issued U.S. Patent No. 8,971,401, titled "Image Decoding Device" on March 3, 2015, after a thorough examination and determination that the subject matter claimed is patentable.

96.    Claim 1 of the '401 patent recites:

An image decoding device for processing an input bit stream containing encoded data obtained by encoding a moving picture using intra-frame prediction, where each of the macroblocks of the moving picture includes a plurality of prediction units for the intra-frame prediction, the image decoding device comprising:

>    a stream divider configured to divide the input bit stream into a plurality of sub-streams; and

>    a plurality of image decoders each configured to decode the corresponding one of the plurality of sub-streams, thereby outputting images,

>    wherein the stream divider divides the encoded data corresponding to one of the macroblocks into groups each made up of at least one of the prediction units and outputs the sub-streams so that the groups are included in different ones of the sub-streams, each of the sub-streams includes prediction units from different macroblocks.

97.    The HEVC Accused Products are image decoding devices for processing an input bit stream containing encoded data obtained by encoding a moving picture using intra-frame prediction, where each of the macroblocks of the moving picture includes a plurality of prediction units for the intra-frame prediction.

98.    The HEVC Accused Products decode input HEVC bitstreams encoded using intra-frame prediction.  The CTUs (macroblocks) of the video frames include a plurality of Prediction Units (PUs) for the intra-prediction.

> **3.110**    **prediction unit**: A *prediction block* of *luma* samples, two corresponding *prediction blocks* of *chroma* samples of a *picture* that has three sample arrays, or a *prediction block* of samples of a monochrome *picture* or a *picture* that is coded using three separate colour planes and *syntax structures* used to predict the *prediction block* samples.

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at p. 9.



**Fig. 3.1**  Block diagram of an HEVC encoder with built-in decoder (*gray shaded*)

https://www.researchgate.net/publication/300315241_Block_Structures_and_Parallelism_Features_in_HEVC.



**Fig. 1**: General diagram of HEVC decoder

https://www.researchgate.net/publication/235760245_Parallel_video_decoding_in_the_emerging_HEVC_standard.



https://perso.telecom-paristech.fr/cagnazzo/doc/MN910/ADV/h264_hevc.pdf at Slide 74.



https://perso.telecom-paristech.fr/cagnazzo/doc/MN910/ADV/h264_hevc.pdf at Slide 76.

99.     The HEVC Accused Products include a stream divider configured to divide the input bit stream into a plurality of sub-streams.  For example, the general decoding process for intra blocks occurs separately for each color component of the Coding Units (*e.g.*, there is a sub-stream for each of the Y, Cb, and Cr color components).

100.    The decoder acts as a stream divider by dividing the input bit stream into sub-streams of color components (including prediction data and transform coefficients) as individual picture blocks are decoded.

**8.4.4    Decoding process for intra blocks**

**8.4.4.1    General decoding process for intra blocks**

Inputs to this process are:

– a sample location ( xTb0, yTb0 ) specifying the top-left sample of the current transform block relative to the top-left sample of the current picture,

– a variable log2TrafoSize specifying the size of the current transform block,

– a variable trafoDepth specifying the hierarchy depth of the current block relative to the coding unit,

– a variable predModeIntra specifying the intra prediction mode,

– a variable cIdx specifying the colour component of the current block,

– a variable controlParaAct specifying the applicable processes,

– when controlParaAct is equal to 2, a residual sample array resSamplesRec specifying the reconstructed residual samples for the current colour component of the current coding block.

Output of this process is a modified reconstructed picture before deblocking filtering when controlParaAct is not equal to 1, or a modified residual sample array resSampleArray for the current colour component of the current coding block when controlParaAct is equal to 1.

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at p. 132.

**Table 7-4 – Specification of matrixId according to sizeId, prediction mode and colour component**

| sizeId | CuPredMode | cIdx (Colour component) | matrixId |
|--------|-----------|-------------------------|----------|
| 0, 1, 2, 3 | MODE_INTRA | 0 (Y) | 0 |
| 0, 1, 2, 3 | MODE_INTRA | 1 (Cb) | 1 |
| 0, 1, 2, 3 | MODE_INTRA | 2 (Cr) | 2 |
| 0, 1, 2, 3 | MODE_INTER | 0 (Y) | 3 |
| 0, 1, 2, 3 | MODE_INTER | 1 (Cb) | 4 |
| 0, 1, 2, 3 | MODE_INTER | 2 (Cr) | 5 |

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at p. 93.

101.   The HEVC Accused Products include a plurality of image decoders each configured to decode the corresponding one of the plurality of sub-streams, thereby outputting images.  For example, the multi-core architecture of the HEVC Accused Products includes a plurality of image decoders that comprise a plurality

of physical and/or logical cores/threads/engines/units/etc/.  A plurality of such decoders is necessary to perform efficient decoding.  Additionally, the plurality of image decoders used by the HEVC Accused Products may operate in parallel (*e.g.,* for parallel slice decoding).

---

**0.3    Purpose**

This Recommendation | International Standard was developed in response to the growing need for higher compression of moving pictures for various applications such as videoconferencing, digital storage media, television broadcasting, internet streaming, and communications. It is also designed to enable the use of the coded video representation in a flexible manner for a wide variety of network environments as well as to enable the use of multi-core parallel encoding and decoding devices. The use of this Recommendation | International Standard allows motion video to be manipulated as a form of computer data and to be stored on various storage media, transmitted and received over existing and future networks and distributed on existing and future broadcasting channels. Supports for higher bit depths and enhanced chroma formats, including the use of full-resolution chroma are provided. Support for scalability enables video transmission on networks with varying transmission conditions and other scenarios involving multiple bit rate services. Support for multiview enables representation of video content with multiple camera views and optional auxiliary information. Support for 3D enables joint representation of video content and depth information with multiple camera views.

---

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at p. 1.

---

## II. HEVC CODING DESIGN AND FEATURE HIGHLIGHTS

The HEVC standard is designed to achieve multiple goals, including coding efficiency, ease of transport system integration and data loss resilience, as well as implementability using parallel processing architectures. The following subsections briefly describe the key elements of the design by which these goals are achieved, and the typical encoder operation that would generate a valid bitstream. More details about the associated syntax and the decoding process of the different elements are provided in Sections III and IV.

---

https://sci-hub.ru/10.1109/TCSVT.2012.2221191 at 1650.

## 4. PARALLEL DECODING PROCESSING

### 4.1 Multi-core requirements

Video resolutions have been increasing rapidly over the past few years. As video resolution move to Ultra HD (e.g. 4kx2k, 8kx4k), one of the challenges facing the real-time video applications today is that a single core video decoder may find it difficult to handle Ultra HD resolution video in real-time. For years, the increase of clock-rates for CPUs has slowed down due to power limitations, despite process scaling [20]; multi-core architecture is widely used to increase performance while keeping cost and power consumption in check. The HEVC has adopted several parallel processing tools into the standard to support parallel processing on multi-core platforms. These tools include Tiles [21], Wavefront Parallel Processing (WPP) [22] and Entropy Slices (ES) [23].

For parallel decoding on multiple core platforms, the following design requirements should be considered:

- Pixel-rate balancing: the selected parallel processing tool should be able to divide a picture into sub-pictures of equal size (in unit of largest coding units, LCUs) so that pixel-rate balancing can be guaranteed when individual cores are processing sub-pictures in parallel [24].
- Line buffers can expensive in terms of area cost and memory bandwidth particularly at higher resolutions. It would be desirable for the selected parallel processing tool to be able to divide a picture into sub-pictures vertically to minimize line buffer size. In other words, the line buffer size per core can be kept constant.

https://sci-hub.ru/10.1117/12.953686 *Proc of SPIE*, vol. 8499, 849910-9.

To make tiles work for parallel decoding processing on multi-core platform, several restrictions would need to be imposed on the bitstream so that a decoder can rely on built-in parallel processing features to dispatch the bitstream to multi-core simultaneously for parallel decoding. Those restrictions are:

1. It should be mandated to divide an Ultra-HD picture into a number of uniformly spaced tiles so that pixel-rate balancing is guaranteed for multiple core platforms. Tile widths should not exceed single core line buffer width partitioning so that the single-core decoder line buffer does not need to be increased when single cores are replicated to build up multi-core decoder

2. Tiles should be independent for minimizing cross-core data communication. Only de-blocking filter, Sample Adaptive Offset (SAO), Adaptive Loop Filter (ALF) can cross tile boundaries.

3. Slices, entropy slices and WPPs, if present, should be contained within tiles and cannot cross tile boundaries

4. Tile sub-stream entries in bitstream are signaled in at picture level, so that a multi-core decoder can dispatch sub-streams to cores in parallel.

With uniformly spaced tiles and restrictions above, HEVC potentially enables a cost-effective way of building multi-core platforms for supporting Ultra-HD real-time decoding. As shown in Figure 14, a 8kx4k at 30 fps decoder can be built by simply replicating the 4kx2k at 30 fps single core decoder four times, and adding a sub-picture boundary processing core to perform e.g. de-blocking filter, Sample Adaptive Offset (SAO), Adaptive Loop Filter (ALF) along tile boundaries.

https://sci-hub.ru/10.1117/12.953686 at *Proc of SPIE*, vol. 8499, 849910-11.

102.   The HEVC Accused Products includes wherein the stream divider divides the encoded data corresponding to one of the macroblocks into groups each made up of at least one of the prediction units and outputs the sub-streams so that

the groups are included in different ones of the sub-streams, each of the sub-streams includes prediction units from different macroblocks.

103.    The H.265 decoder of the HEVC Accused Products divides the stream as shown by the CTU portioning process.  For example, the H.265 encoded data corresponding to one of the CTUs (macroblocks) is divided into a plurality of coding blocks (a CU comprises a CB from each color plane).  Each group (or block) includes at least one of the Prediction Blocks (a PU comprises PBs from each color plane).

104.    The luma CBs, containing luma PBs, are included in the respective luma sub-stream. The chroma CBs, containing chroma PBs, are included in the respective chroma sub-streams. The three color plane sub-streams (including prediction data and transform coefficients) comprising each CTU row contain Prediction Blocks from the different CTUs in the CTU rows.  A plurality of distinct CBs are stored in separate slices for each color plane (*e.g.,* "so that the groups are included in different ones of the sub-streams, each of the sub-streams includes prediction units [PBs] from different macroblocks.").



**Fig. 3.2** Illustration of the partitioning of a picture with 1280 × 720 luma samples into macro-blocks and coding tree units: (**a**) Partitioning of the picture into 16 × 16 macroblocks as found in all prior video coding standards of the ITU-T and ISO/IEC; (**b**) Partitioning of the picture into 64 × 64 coding tree units, the largest coding tree unit size supported in the Main profile of HEVC

https://sci-hub.ru/10.1007/978-3-319-06895-4_3 at p. 55.



https://perso.telecom-paristech.fr/cagnazzo/doc/MN910/ADV/h264_hevc.pdf at Slide 74.



https://perso.telecom-paristech.fr/cagnazzo/doc/MN910/ADV/h264_hevc.pdf at
Slide 76.

**6.3.2    Block and quadtree structures**

The samples are processed in units of CTBs. The array size for each luma CTB in both width and height is CtbSizeY in
units of samples. The width and height of the array for each chroma CTB are CtbWidthC and CtbHeightC, respectively,
in units of samples.

Each CTB is assigned a partition signalling to identify the block sizes for intra or inter prediction and for transform coding.
The partitioning is a recursive quadtree partitioning. The root of the quadtree is associated with the CTB. The quadtree is
split until a leaf is reached, which is referred to as the coding block. When the component width is not an integer number
of the CTB size, the CTBs at the right component boundary are incomplete. When the component height is not an integer
multiple of the CTB size, the CTBs at the bottom component boundary are incomplete.

The coding block is the root node of two trees, the prediction tree and the transform tree. The prediction tree specifies the
position and size of prediction blocks. The transform tree specifies the position and size of transform blocks. The splitting
information for luma and chroma is identical for the prediction tree and may or may not be identical for the transform
tree.

The blocks and associated syntax structures are grouped into "unit" structures as follows:

–   One prediction block (monochrome picture or separate_colour_plane_flag is equal to 1) or three prediction blocks
    (luma and chroma components of a picture in 4:2:0 or 4:4:4 colour format) or five prediction blocks (luma and chroma
    components of a picture in 4:2:2 colour format) and the associated prediction syntax structures units are associated
    with a prediction unit.

–   One transform block (monochrome picture or separate_colour_plane_flag is equal to 1) or three transform blocks
    (luma and chroma components of a picture in 4:2:0 or 4:4:4 colour format) or five transform blocks (luma and chroma
    components of a picture in 4:2:2 colour format) and the associated transform syntax structures units are associated
    with a transform unit.

–   One coding block (monochrome picture or separate_colour_plane_flag is equal to 1) or three coding blocks (luma and
    chroma), the associated coding syntax structures and the associated prediction and transform units are associated with
    a coding unit.

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at p. 25.

### NXP INFRINGES U.S. PATENT NUMBER 9,414,059.

105.    The Patent Office issued U.S. Patent No. 9,414,059 titled "Image

Processing Device, Image Coding Method, and Image Processing Method," on

August 9, 2016, after a thorough examination and determination that the subject

matter claimed is patentable.

106.    Claim 1 of the '059 patent recites:

An image processing device which performs plural first processes, by

pipelining, on a coded stream obtained by dividing an image into plural coding unit blocks according to at least two numbers of pixels and coding the image on a coding unit block-by-block basis, the image processing device comprising:

> plural first process units configured to perform, by the pipelining, the plural first processes on the coded stream by each executing one of the plural first processes; and

> a control unit configured to divide or connect portions of the coded stream into plural first processing unit blocks according to a first number of pixels, each of the first processing unit blocks having the same number of pixels in the image, and control the plural first process units to cause the plural first processes to be executed for each of the first processing unit blocks.

107.    The HEVC Accused Products is an example image processing device which performs plural first processes, by pipelining, on a coded stream obtained by dividing an image into plural coding unit blocks according to at least two numbers of pixels and coding the image on a coding unit block-by-block basis.

108.    The HEVC Accused Products are each a multi-core image processing device; for example, the products can decode an HEVC bitstream.

## i.MX 8 Series Products

**Standard Key Features:** Advanced Security, Ethernet with AVB, USB with PHY, MMC/SDIO, UART, SPI, I²C, I²S, Timers, Secure RTC, Media Processor Engine (Neon™), Integrated Power Management.

| Product Family | Cortex-A72 | Cortex-A53 | Cortex-A35 | Cortex-M4F | Cortex-M33 | Cortex-M7 | DSP | NPU | GPU | Display Resolution and Interfaces | Camera Interfaces | Video Decode Resolution (Top Codecs) | Video Encode Resolution (Top Codecs) | OpenVX™ (video) | OpenGL® ES | OpenCL™ | Vulkan™ | PCIe | Gigabit Ethernet | 10/100 Ethernet | LPDDR4 | DDR4 | DDR3L | ECC option |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **i.MX 8** Advanced Graphics, Performance and Virtualization | 2 | 4 | - | 2 | - | - | 1 | - | 2 | 2x LVDS 2x MIPI DSI 1x HDMI TX/RX | 2x MIPI-CSI | 4K (h.265, h.264) | 1080p30 (h.264) | ✓ | 3.1 | 1.2 | ✓ | 2 | 2x | - | ✓ | - | - | - |
| **i.MX 8M** Advanced Audio, Voice and Video | - | 4 | - | 1 | - | - | - | - | 1 | 1x MIPI DSI 1x HDMI | 2x MIPI-CSI | 4Kp60 with High Dynamic Range (h.265, VP9); 4Kp30 (h.264, VP8) | 1080p30 (h.264) - SW | - | 3.1 | 1.2 | ✓ | 2 | 1x | - | ✓ | ✓ | ✓ | - |
| **i.MX 8M Mini** Embedded Consumer and Industrial Applications | - | 4 | - | 1 | - | - | - | - | 1 | 1x MIPI DSI | 1x MIPI-CSI | 1080p60 (h.265, VP9, h.264, VP8) | 1080p60 (h.264) | - | 2.0 | - | - | 1 | 1x | - | ✓ | ✓ | ✓ | - |
| **i.MX 8M Nano** Embedded Consumer and Industrial Applications | - | 4 | - | - | - | 1 | - | - | 1 | 1x MIPI DSI | 1x MIPI-CSI | - | - | - | 3.1 | 1.2 | ✓ | - | 1x | - | ✓ | ✓ | ✓ | - |
| **i.MX 8M Plus** Machine Learning, Vision, Multimedia and Industrial IoT | - | 4 | - | - | - | 1 | 1 | 1 | 1 | 1x MIPI DSI 1x HDMI 1x LVDS | 2x MIPI-CSI Dual Camera ISP | 1080p60 (h.265, h.264, VP9, VP8) | 1080p60 (h.265, h.264) | - | 3.1 | 1.2 FP | ✓ | 1 | 2x (1x/TSN) | - | ✓ | ✓ | - | ✓ |
| **i.MX 8ULP** Industrial, Mobile and Smart Home Applications | - | 2 | - | 1 | - | 2 | - | - | 2 | 1x MIPI DSI 24-bit RGB EPD | 1x MIPI-CSI | - | - | - | 3.1 | 1.2 | ✓ | - | - | 1 | ✓ | - | - | - |
| **i.MX 8X** Advanced Graphics and Efficient Performance | - | 4 | 1 | - | - | 1 | - | - | 1 | 1x Parallel 2x LVDS/MIPI DSI Combo | 1x MIPI-CSI 1x Parallel | 4K (h.265); 1080p60 (h.264, VP8) | 1080p30 (h.264) | - | 3.1 | 1.2 EP | ✓ | 1 | 2x | - | ✓ | - | ✓ | ✓ |
| **i.MX 8XLite** Secure Telematics and Connected Industrial Control | - | 2 | 1 | - | - | - | - | - | - | 1x Parallel Display | - | - | - | - | - | - | - | 1 | 2x (TSN+AVB) | - | ✓ | - | ✓ | ✓ |

https://www.nxp.com/products/processors-and-microcontrollers/arm-processors/i-mx-applications-processors/i-mx-8-applications-processors:IMX8-SERIES.



https://www.nxp.com/products/i.MX8X.

109.   The HEVC Accused Products support H.265/HEV, which uses multi-core video encoding/decoding.  This type of coding uses pipelined coding operations (where the output of a coding process is used as the input for the subsequent coding process).

> **0.3     Purpose**
>
> This Recommendation | International Standard was developed in response to the growing need for higher compression of moving pictures for various applications such as videoconferencing, digital storage media, television broadcasting, internet streaming, and communications. It is also designed to enable the use of the coded video representation in a flexible manner for a wide variety of network environments as well as to enable the use of multi-core parallel encoding and decoding devices. The use of this Recommendation | International Standard allows motion video to be manipulated as a form of computer data and to be stored on various storage media, transmitted and received over existing and future networks and distributed on existing and future broadcasting channels. Supports for higher bit depths and enhanced chroma formats, including the use of full-resolution chroma are provided. Support for scalability enables video transmission on networks with varying transmission conditions and other scenarios involving multiple bit rate services. Support for multiview enables representation of video content with multiple camera views and optional auxiliary information. Support for 3D enables joint representation of video content and depth information with multiple camera views.

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at p. 1.

110.   H.265/HEVC standardizes video coding processes for pipelining a

coded stream consisting of coding unit blocks and coding the image on a block-by-block basis.



**Fig. 1**: General diagram of HEVC decoder

https://www.researchgate.net/publication/235760245_Parallel_video_decoding_in_the_emerging_HEVC_standard. ICASSP IEEE 2012 at 1545.



**Fig. 3.4**  Example for the partitioning of a 64 × 64 coding tree unit (CTU) into coding units (CUs) of 8 × 8 to 32 × 32 luma samples. The partitioning can be described by a quadtree, also referred to as coding tree, which is shown on the *right*. The numbers indicate the coding order of the CUs

https://sci-hub.ru/10.1007/978-3-319-06895-4_3, V. Sze et al. (eds.), High Efficiency Video Coding (HEVC): Algorithms and Architectures, Integrated Circuits and Systems, Springer International Publishing Switzerland (2014) at p.

58.

111.    A coding unit in H.265 is a block (coding unit block) that comprises arrays of samples (individual pixel data) that are used to code an image. The coding is performed on a block-by-block basis because an image will be partitioned into multiple coding units to be coded. The coding unit blocks can be of various sizes and are therefore sized according to at least two numbers of pixels (*e.g.,* 64x64 or 8x8).  A coding unit is a block that is resultant from the partitioning of a coding tree unit.

| | |
|---|---|
| 3.33 | **coding block**: An NxN *block* of samples for some value of N such that the division of a *CTB* into *coding blocks* is a *partitioning*. |
| 3.34 | **coding tree block (CTB)**: An NxN *block* of samples for some value of N such that the division of a *component* into *CTBs* is a *partitioning*. |
| 3.35 | **coding tree unit (CTU)**: A *CTB* of *luma* samples, two corresponding *CTBs* of *chroma* samples of a *picture* that has three sample arrays, or a *CTB* of samples of a monochrome *picture* or a *picture* that is coded using three separate colour planes and *syntax structures* used to code the samples. |
| 3.36 | **coding unit**: A *coding block* of *luma* samples, two corresponding *coding blocks* of *chroma* samples of a *picture* that has three sample arrays, or a *coding block* of samples of a monochrome *picture* or a *picture* that is coded using three separate colour planes and *syntax structures* used to code the samples. |
| 3.37 | **component**: An array or single sample from one of the three arrays (*luma* and two *chroma*) that compose a *picture* in 4:2:0, 4:2:2, or 4:4:4 colour format or the array or a single sample of the array that compose a *picture* in monochrome format. |

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at p. 6.

### 3.  PARALLEL MERGE/SKIP

HEVC uses a different coded block structure as compare with H.264/AVC. Specifically, HEVC uses larger blocks compare to H.264/AVC.  The largest coding unit (LCU) is 64x64 pixels which is 16 times larger than the 16x16 pixel macroblock in H.264/AVC.  Using a large coding unit helps to improve coding efficiency, particularly for high resolutions where many pixels may share the same characteristic.  Furthermore, the largest coding unit can be divided into smaller coding units using a quad tree structure as shown in Figure 7.  A split flag is transmitted to signal whether a CU should be divided into four smaller CUs.  The smallest coding unit (SCU) allowed in HEVC is 8x8 pixels.  An additional feature in HEVC is that within an LCU, there can be a mixture of inter and intra coding units.  The coding units can be further divided into prediction units (PU).  The PU within a coding unit will undergo the same form of prediction (either all inter or all intra).  The PU sizes within a CU depend on whether the CU is inter or intra predicted.

https://sci-hub.ru/10.1117/12.953686 (Proc. of SPIE Vol. 8499) at 849910-5.

112.   The HEVC Accused Products uses H.265/HEVC, which is designed for multi-core platforms where multiple decoding units (plural first processing units) are configured to perform decoding (*e.g.*, plural first processes 8.4, 8.5, 8.6, and 8.7 as described in ITU-T H.265) on the coded stream.

113.   The cores are assigned to perform each of the first processes (*e.g.*, a processing core for performing the in-loop filter process). The plural first processes are pipelined such that 8.4 and/or 8.5 are necessary for 8.6, and 8.6 is necessary for 8.7.  While process 8.6 is being performed, process 8.4 and/or 8.5 can begin work on the next coding unit.

| 8.4 | **Decoding process for coding units coded in intra prediction mode** |
| 8.5 | **Decoding process for coding units coded in inter prediction mode** |
| 8.6 | **Scaling, transformation and array construction process prior to deblocking filter process** |
| 8.7 | **In-loop filter process** |

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at p. 126, 142, 175, 184.

114.   In a plural process environment, all elements need to complete processing at approximately the same time. H.265/HEVC is designed in a quadtree structure so it would be impractical in a hardware design to allocate the same amount of processing time to a subtree leaf (8x8 CU) as to a higher branch (64x64) CU. A 64x64 CU cannot be processed with any more plurality than an 8x8 CU. A 64x64 CU takes a finite amount of time which is a multiple of the amount of time

it takes to process an 8x8 CU. A pipelined hardware design processes a plurality of 8x8 CUs in the time it takes to process a single 64x64 CU.

115.    The HEVC Accused Products includes a control unit configured to divide or connect portions of the coded stream into plural first processing unit blocks according to a first number of pixels, each of the first processing unit blocks having the same number of pixels in the image, and control the plural first process units to cause the plural first processes to be executed for each of the first processing unit blocks.

116.    For example, an H.265/HEVC decoder has a control unit.



Fig. 2: Block diagram of the CABAC decoder for HEVC. Black-filled blocks represent the stage registers used for pipelining.

https://sci-hub.ru/10.1109/TCSVT.2014.2363748,        DOI        10.1109        /
TCSVT.2014.2363748, IEEE Transactions on Circuits and Systems for Video
Technology, at p. 2.

117.    The control unit, for example the control path of the Accused Products, divides the coded stream into image frames that are further partitioned into square CTUs that will all be the same size 2N where N= {4,5,6}, $2^N \times 2^N$ being

the first number of pixels.

As already mentioned, in HEVC, each picture is partitioned into square-shaped coding tree blocks (CTBs) such that the resulting number of CTBs is identical for both the luma and chroma picture components (assuming a non-monochrome video format).[2] Consequently, each CTB of luma samples together with its two corresponding CTBs of chroma samples and the syntax associated with these sample blocks is subsumed under a so-called coding tree unit (CTU). A CTU represents the basic processing unit in HEVC and is in that regard similar to the concept of a macroblock in prior video coding standards. The luma CTB covers a square picture area of $2^N \times 2^N$ luma samples. In the 4:2:0 chroma sampling format, each of the two chroma CTBs covers the corresponding area of $2^{N-1} \times 2^{N-1}$ chroma samples of one of the two chroma components. The parameter $N$ is transmitted in the sequence parameter set and can be chosen by the encoder among the values $N = 4, 5,$ and $6$, corresponding to CTU sizes of $16 \times 16$, $32 \times 32$, and $64 \times 64$



**Fig. 3.2** Illustration of the partitioning of a picture with $1280 \times 720$ luma samples into macroblocks and coding tree units: (**a**) Partitioning of the picture into $16 \times 16$ macroblocks as found in all prior video coding standards of the ITU-T and ISO/IEC; (**b**) Partitioning of the picture into $64 \times 64$ coding tree units, the largest coding tree unit size supported in the Main profile of HEVC

https://sci-hub.ru/10.1007/978-3-319-06895-4_3, V. Sze et al. (eds.), High Efficiency Video Coding (HEVC): Algorithms and Architectures, Integrated Circuits and Systems, DOI 10.1007/978-3-319-06895-4_3, at p 55.

118.   The plural first processes are executed for each of the CTUs in each image frame of the coded stream.  For each picture (CurrPic), the plural first process units will execute the plural first processes for each of the CTUs.

The decoding process operates as follows for the current picture CurrPic:

1.   The decoding of NAL units is specified in clause 8.2.

2.   The processes in clause 8.3 specify the following decoding processes using syntax elements in the slice segment layer and above:

   –   Variables and functions relating to picture order count are derived as specified in clause 8.3.1. This needs to be invoked only for the first slice segment of a picture.

   –   The decoding process for RPS in clause 8.3.2 is invoked, wherein reference pictures may be marked as "unused for reference" or "used for long-term reference". This needs to be invoked only for the first slice segment of a picture.

   –   A picture storage buffer in the DPB is allocated for storage of the decoded sample values of the current picture after the invocation of the in-loop filter process as specified in clause 8.7. This version of the current decoded picture is referred to as the current decoded picture after the invocation of the in-loop filter process. When TwoVersionsOfCurrDecPicFlag is equal to 0 and pps_curr_pic_ref_enabled_flag is equal to 1, this picture storage buffer is marked as "used for long-term reference". When TwoVersionsOfCurrDecPicFlag is equal to 1, another picture storage buffer in the DPB is allocated for storage of the decoded sample values of the current picture immediately before the invocation of the in-loop filter process as specified in clause 8.7, and is marked as "used for long-term reference". This version of the current decoded picture is referred to as the current decoded picture before the invocation of the in-loop filter process. This needs to be invoked only for the first slice segment of a picture.

       NOTE 2 – When TwoVersionsOfCurrDecPicFlag is equal to 0, there is only one version of the current decoded picture. In this case, if pps_curr_pic_ref_enabled_flag is equal to 1, the current decoded picture is marked as "used for long-term reference" during the decoding of the current picture and will be marked as "used for short-term reference" at the end of the decoding of the current picture, otherwise it is not marked at all during the decoding of the current picture and will be marked as "used for short-term reference" at the end of the decoding of the current picture. When TwoVersionsOfCurrDecPicFlag is equal to 1, there are two versions of the current decoded picture, one of which is marked as "used for long-term reference" during the decoding of the current picture and will be marked as "unused for reference" at the end of the decoding of the current picture, and the other version is not marked at all during the decoding of the current picture and will be marked as "used for short-term reference" at the end of the decoding of the current picture.

   –   When the current picture is a BLA picture or is a CRA picture with NoRaslOutputFlag equal to 1, the decoding process for generating unavailable reference pictures specified in clause 8.3.3 is invoked, which needs to be invoked only for the first slice segment of a picture.

   –   PicOutputFlag is set as follows:

       –   If the current picture is a RASL picture and NoRaslOutputFlag of the associated IRAP picture is equal to 1, PicOutputFlag is set equal to 0.

       –   Otherwise, PicOutputFlag is set equal to pic_output_flag.

> – At the beginning of the decoding process for each P or B slice, the decoding process for reference picture lists construction specified in clause 8.3.4 is invoked for derivation of reference picture list 0 (RefPicList0) and, when decoding a B slice, reference picture list 1 (RefPicList1), and the decoding process for collocated picture and no backward prediction flag specified in clause 8.3.5 is invoked for derivation of the variables ColPic and NoBackwardPredFlag.
>
> 3. The processes in clauses 8.4, 8.5, 8.6 and 8.7 specify decoding processes using syntax elements in all syntax structure layers. It is a requirement of bitstream conformance that the coded slices of the picture shall contain slice segment data for every CTU of the picture, such that the division of the picture into slices, the division of the slices into slice segments and the division of the slice segments into CTUs each forms a partitioning of the picture.
>
> 4. After all slices of the current picture have been decoded, the current decoded picture after the invocation of the in-loop filter process as specified in clause 8.7 is marked as "used for short-term reference". When TwoVersionsOfCurrDecPicFlag is equal to 1, the current decoded picture before the invocation of the in-loop filter process as specified in clause 8.7 is marked as "unused for reference".

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at 118-19. 136, 137.

| 8.4 | **Decoding process for coding units coded in intra prediction mode** |
| 8.5 | **Decoding process for coding units coded in inter prediction mode** |
| 8.6 | **Scaling, transformation and array construction process prior to deblocking filter process** |
| 8.7 | **In-loop filter process** |

https://www.itu.int/rec/T-REC-H.265/en (H.265 Specification (11/2019)) at p. 126, 142, 175, 184.

## NATURE OF THE ACTION

119.    SPV asserts that NXP infringes, directly and indirectly, certain claims of U.S. Patent Nos. 6,925,097, 7,685,498, 8,019,169, 8,737,476, 8,971,401, and 9,414,059 (the "SPV Asserted Patents").

## NOTICE

120.    SPV does not currently distribute, sell, offer for sale, or make products embodying the Asserted Patents.

121.    Defendants received notice of infringement of the Asserted Patents on July 19, 2024, again on January 28, 2025, and again no later than the filing of this

complaint (the "Notice Dates").

122.    SPV has complied with all notice requirements of 35 U.S.C. § 287.

## COUNT 1
## INFRINGEMENT OF U.S. PATENT NO. 6,925,097

123.    SPV realleges and incorporates by reference the allegations set forth above as if restated verbatim here.

124.    SPV is the owner, by assignment, of U.S. Patent No. 6,925,097 and holds all substantial rights in and under the '097 Patent, including the right to grant licenses, exclude others, and to enforce, sue, and recover damages for past infringement.

125.    The '097 Patent is valid, enforceable and was duly issued in full compliance with Title 35 of the United States Code.

126.    NXP infringed claims 1-3, 5-8, 11-12, and 16 of the '097 Patent before it expired by making, using, selling, offering to sell, licensing and/or importing without authority the HEVC Accused Products.

127.    The HEVC Accused Products are designed, manufactured, and intended to be used in normal operation to practice the '097 Patent and feature functionality comprising the steps detailed above.

128.    NXP used and tested the HEVC Accused Products in the United States during the term of the '097 Patent.

129.    NXP's activities were without authority of license under the '097

Patent.

130.   NXP's acts of direct infringement have caused and continue to cause damage to SPV for which SPV is entitled to recover damages sustained as a result of NXP's infringing acts in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court, pursuant to 35 U.S.C. § 284.

## COUNT 2
## INFRINGEMENT OF U.S. PATENT NO. 7,685,498

131.   SPV realleges and incorporates by reference the allegations set forth above as if restated verbatim here.

132.   SPV is the owner, by assignment, of U.S. Patent No. 7,685,498 and holds all substantial rights in and under the '498 Patent, including the right to grant licenses, exclude others, and to enforce, sue, and recover damages for past and future infringement.

133.   The '498 Patent is valid, enforceable and was duly issued in full compliance with Title 35 of the United States Code.

134.   NXP has infringed, and continues to infringe, the '498 Patent by making, using, selling, offering for sale, licensing, and/or importing the HEVC Accused Products.

135.   NXP has directly infringed at least claim 9 and 10 of the '498 Patent by making, using, selling, offering for sale, licensing, and/or importing into the

United States without authority the HEVC Accused Products.

136.   The HEVC Accused Products are designed, manufactured, and intended to be used in normal operation to practice the '498 Patent and feature functionality comprising the steps noted above.

137.   NXP has used and tested the HEVC Accused Products in the United States.

138.   NXP thus has infringed and continues to infringe the '498 Patent.

139.   NXP's activities were without authority of license under the '498 Patent.

140.   NXP's users, customers, agents and/or other third parties (collectively, "third-party infringers") infringed and continue to infringe the asserted claims including under 35 U.S.C. § 271(a) by using the NXP Accused Products according to their normal and intended use.

141.   Since at least as early as the Notice Dates, NXP has known or been willfully blind to the fact that the third-party infringers' use of the HEVC Accused Products directly infringes the '498 Patent.

142.   NXP's knowledge of the '498 Patent, which covers operating the HEVC Accused Products in their intended manner such that all limitations of the asserted claims of the '498 Patent are met, extends to its knowledge that the third-party infringers' use of the HEVC Accused Products directly infringes the '498

Patent, or, at the very least, rendered NXP willfully blind to such infringement.

143.    With knowledge of or willful blindness to the fact that the third-party infringers' use of the HEVC Accused Products in their intended manner such that all limitations of the asserted claims of the '498 Patent are met directly infringes the '498 Patent, NXP has actively encouraged the third-party infringers to directly infringe the '498 Patent by making, using, testing, selling, offering for sale, importing and/or licensing the Accused Products by, for example: marketing the HEVC Accused Products' HEVC/H.265 transmission capabilities to the third-party infringers; supporting and managing the third-party infringers' use of the HEVC/H.265 functionalities; and providing technical assistance to the third-party infringers during their continued use of the HEVC Accused Products such as by, for example, publishing instructional information on the NXP websites directing and encouraging third-party infringers how to make and use the HEVC/H.265 of the HEVC Accused Products.

144.    NXP induces the third-party infringers to infringe the asserted claims of the '498 Patent by directing or encouraging them to operate the HEVC Accused Products which satisfy all limitations of the asserted claims of the '498 Patent. For example, NXP advertises and promotes the HEVC/H.265 features of the NXP Accused Products and encourages the third-party infringers to operate them in an infringing manner. NXP further provides technical assistance directing and

instructing third parties how to operate the HEVC Accused Products by, for example, publishing instructional materials, videos, troubleshooting, manuals, and user guides.

145.   In response, the third-party infringers acquire and operate the HEVC Accused Products in an infringing manner.

146.   NXP specifically intends to induce, and did induce, the third-party infringers to infringe the asserted claims of the '498 Patent, and NXP knew of or was willfully blind to such infringement. NXP advised, encouraged, and/or aided the third-party infringers to engage in direct infringement, including through its encouragement, advice, and assistance to the third-party infringers to use the HEVC/H.265 transmission capabilities of the HEVC Accused Products. Having known or been willfully blind to the fact that the third-party infringers' use of the HEVC Accused Products in their intended manner such that all limitations of asserted claims of the '498 Patent were met directly infringed the '498 Patent, NXP, upon information and belief, actively encouraged and induced the third-party infringers to directly infringe the '498 Patent by making, using, testing, selling, offering for sale, importing and/or licensing said HEVC Accused Products, and by, for example: marketing the HEVC Accused Products to the third-party infringers; supporting and managing the third-party infringers' use of the HEVC Accused Products; and providing technical assistance to the third-party infringers during

their continued use of the HEVC Accused Products by, for example, publishing training videos that instruct third-party infringers how to make and use the HEVC Accused Products to infringe the asserted claims of the '498 Patent, as well hosting an online forum that allows third-party infringers to have questions about the use of the HEVC Accused Products answered.



https://www.nxp.com/products/IMX8MPLUS.





https://community.nxp.com/t5/i-MX-Processors/How-many-video-streams-can-the-i-MX-8M-Plus-can-encode-HEVC-H/m-p/1493896.

147.   Based upon the foregoing facts, among other things, NXP has induced and continues to induce infringement of the asserted claims of the '498 Patent under 35 U.S.C. § 271(b).

148.   NXP has sold, provided and/or licensed to the third-party infringers and continues to sell, provide and/or license the HEVC Accused Products that are especially made and adapted—and specifically intended by NXP—to be used as components and material parts of the inventions covered by the '498 Patent. For example, the HEVC Accused Products include HEVC/H.265 transmission features identified above which the third-party infringers used in a manner such that all limitations of the asserted claims are met, and without which the third-party infringers would have been unable to use and avail themselves of the intended

functionality of the Accused Products.

149.   NXP knew that the Accused Products are operated in a manner that practices each asserted claim of the '498 Patent.

150.   The HEVC/H.265 features are specially made and adapted to infringe the asserted claims of the '498 Patent.

151.   The HEVC/H.265 transmission features are not a staple article or commodity of commerce, and, because the functionality was designed to work with the HEVC Accused Products solely in a manner that is covered by the '498 Patent, it has no substantial non-infringing use. At least by SPV's notice of NXP's infringement, based upon the foregoing facts, NXP knew of or was willfully blind to the fact that such functionality was specially made and adapted for—and was in fact used in—the Accused Products in a manner that is covered by the '498 Patent.

152.   Based upon the foregoing facts, among other things, NXP has contributorily infringed and continues to contributorily infringe the asserted claims of the '498 Patent under 35 U.S.C. § 271(c).

153.   Upon information and belief, NXP's acts of infringement of the '498 Patent continue since the Notice Dates and are, therefore, carried out with knowledge of the asserted claims of the '498 Patent and how the HEVC Accused Products infringe them.  Rather than take a license to the '498 Patent, NXP's ongoing infringing conduct reflects a business decision to "efficiently infringe" the

asserted claims and in doing so constitutes willful infringement under the standard of *Halo Elecs., Inc. v. Pulse Elecs., Inc.*, 136 S. Ct. 1923 (2016).

154.   NXP's acts of direct and indirect infringement have caused and continue to cause damage to SPV for which SPV is entitled to recover damages sustained as a result of NXP's infringing acts in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court, pursuant to 35 U.S.C. § 284.

## COUNT 3
## INFRINGEMENT OF U.S. PATENT NO. 8,019,169

155.   SPV realleges and incorporates by reference the allegations set forth above as if restated verbatim here.

156.   SPV is the owner, by assignment, of U.S. Patent No. 8,019,169 and holds all substantial rights in and under the '169 Patent, including the right to grant licenses, exclude others, and to enforce, sue, and recover damages for past and future infringement.

157.   The '169 Patent is valid, enforceable and was duly issued in full compliance with Title 35 of the United States Code.

158.   NXP has infringed, and continues to infringe, the '169 Patent by making, using, offering to sell, selling, licensing, and/or importing HEVC Accused Products.

159.   NXP has directly infringed at least claim 20 and 21 of the '169 Patent

by using making, selling, offering for sale, licensing, and/or importing into the United States without authority the HEVC Accused Products.

160.   The HEVC Accused Products are designed, manufactured, and intended to be used in normal operation to practice the '169 Patent and feature functionality comprising the steps noted above.

161.   NXP has used and tested the HEVC Accused Products in the United States.

162.   NXP thus has infringed and continues to infringe the '169 Patent.

163.   NXP's activities were without authority of license under the '169 Patent.

164.   NXP's users, customers, agents and/or other third parties (collectively, "third-party infringers") infringed and continue to infringe the asserted claims including under 35 U.S.C. § 271(a) by using the NXP Accused Products according to their normal and intended use.

165.   Since at least as early as the Notice Dates, NXP has known or been willfully blind to the fact that the third-party infringers' use of the HEVC Accused Products directly infringes the '169 Patent.

166.   NXP's knowledge of the '169 Patent, which covers operating the HEVC Accused Products in their intended manner such that all limitations of the asserted claims of the '169 Patent are met, extends to its knowledge that the third-

party infringers' use of the HEVC Accused Products directly infringes the '169 Patent, or, at the very least, rendered NXP willfully blind to such infringement.

167.    With knowledge of or willful blindness to the fact that the third-party infringers' use of the HEVC Accused Products in their intended manner such that all limitations of the asserted claims of the '169 Patent are met directly infringes the '169 Patent, NXP has actively encouraged the third-party infringers to directly infringe the '169 Patent by making, using, testing, selling, offering for sale, importing and/or licensing the Accused Products by, for example: marketing NXP's Devices HEVC/H.265 capabilities to the third-party infringers; supporting and managing the third-party infringers' use of the HEVC/H.265 functionalities; and providing technical assistance to the third-party infringers during their continued use of the HEVC Accused Products such as by, for example, publishing instructional information on the NXP websites directing and encouraging third-party infringers how to make and use the HEVC/H.265 of the HEVC Accused Products.

168.    NXP induces the third-party infringers to infringe the asserted claims of the '169 Patent by directing or encouraging them to operate the HEVC Accused Products which satisfy all limitations of the asserted claims of the '169 Patent. For example, NXP advertises and promotes the HEVC/H.265 features of the NXP Accused Products and encourages the third-party infringers to operate them in an

infringing manner. NXP further provides technical assistance directing and instructing third parties how to operate the HEVC Accused Products by, for example, publishing instructional materials, videos, troubleshooting, manuals, and user guides.

169.   In response, the third-party infringers acquire and operate the HEVC Accused Products in an infringing manner.

170.   NXP specifically intends to induce, and did induce, the third-party infringers to infringe the asserted claims of the '169 Patent, and NXP knew of or was willfully blind to such infringement. NXP advised, encouraged, and/or aided the third-party infringers to engage in direct infringement, including through its encouragement, advice, and assistance to the third-party infringers to use the HEVC/H.265 features of the HEVC Accused Products.  Having known or been willfully blind to the fact that the third-party infringers' use of the HEVC Accused Products in their intended manner such that all limitations of asserted claims of the '169 Patent were met directly infringed the '169 Patent, NXP, upon information and belief, actively encouraged and induced the third-party infringers to directly infringe the '169 Patent by making, using, testing, selling, offering for sale, importing and/or licensing said HEVC Accused Products, and by, for example: marketing the HEVC Accused Products to the third-party infringers; supporting and managing the third-party infringers' use of the HEVC Accused Products; and

providing technical assistance to the third-party infringers during their continued use of the HEVC Accused Products by, for example, publishing training videos that instruct third-party infringers how to make and use the HEVC Accused Products to infringe the asserted claims of the '169 Patent, as well hosting an online forum that allows third-party infringers to have questions about the use of the HEVC Accused Products answered.



https://www.nxp.com/products/IMX8MPLUS.





https://community.nxp.com/t5/i-MX-Processors/How-many-video-streams-can-the-i-MX-8M-Plus-can-encode-HEVC-H/m-p/1493896.

171.   Based upon the foregoing facts, among other things, NXP has induced and continues to induce infringement of the asserted claims of the '169 Patent under 35 U.S.C. § 271(b).

172.   NXP has sold, provided and/or licensed to the third-party infringers and continues to sell, provide and/or license the HEVC Accused Products that are especially made and adapted—and specifically intended by NXP—to be used as components and material parts of the inventions covered by the '169 Patent. For example, the HEVC Accused Products include HEVC/H.265 features identified above which the third-party infringers used in a manner such that all limitations of the asserted claims are met, and without which the third-party infringers would have been unable to use and avail themselves of the intended functionality of the

Accused Products.

173.   NXP also knew that the Accused Products are operated in a manner that practices each asserted claim of the '169 Patent.

174.   The HEVC/H.265 features are specially made and adapted to infringe the asserted claims of the '169 Patent.

175.   The HEVC/H.265 features are not a staple article or commodity of commerce, and, because the functionality was designed to work with the HEVC Accused Products solely in a manner that is covered by the '169 Patent, it has no substantial non-infringing use. At least by SPV's notice of NXP's infringement, based upon the foregoing facts, NXP knew of or was willfully blind to the fact that such functionality was specially made and adapted for—and was in fact used in— the Accused Products in a manner that is covered by the '169 Patent.

176.   Based upon the foregoing facts, among other things, NXP has contributorily infringed and continues to contributorily infringe the asserted claims of the '169 Patent under 35 U.S.C. § 271(c).

177.   Upon information and belief, NXP's acts of infringement of the '169 Patent continue since the Notice Dates and are, therefore, carried out with knowledge of the asserted claims of the '169 Patent and how the HEVC Accused Products infringe them.  Rather than take a license to the '169 Patent, NXP's ongoing infringing conduct reflects a business decision to "efficiently infringe" the

asserted claims and in doing so constitutes willful infringement under the standard of *Halo Elecs., Inc. v. Pulse Elecs., Inc.*, 136 S. Ct. 1923 (2016).

178.   NXP's acts of direct and indirect infringement have caused and continue to cause damage to SPV for which SPV is entitled to recover damages sustained as a result of NXP's infringing acts in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court, pursuant to 35 U.S.C. § 284.

### COUNT 4
### INFRINGEMENT OF U.S. PATENT NO. 8,737,476

179.   SPV realleges and incorporates by reference the allegations set forth above as if restated verbatim here.

180.   SPV is the owner, by assignment, of U.S. Patent No. 8,737,476 and holds all substantial rights in and under the '476 Patent, including the right to grant licenses, exclude others, and to enforce, sue, and recover damages for past and future infringement.

181.   The '476 Patent is valid, enforceable and was duly issued in full compliance with Title 35 of the United States Code.

182.   NXP has infringed, and continues to infringe, the '476 Patent by making, using, offering to sell, selling, licensing, and/or importing HEVC Accused Products.  These products include, without limitation, NXP products with any NXP product that has dedicated video decoding hardware capabilities, referred to as a

Video Processing Unit (VPU), which is used to decode videos with codecs including H.265/HEVC.  The '476 Accused Products include at least the i.MX8, i.MX 8M, i.MX 8M Mini, i.MX 8M Plus and the i.MX 8X families (The "HEVC Accused Products").

183.   NXP has directly infringed at least claim 14 of the '476 Patent by making, using, selling, offering for sale, licensing, and/or importing into the United States without authority the HEVC Accused Products.

184.   The HEVC Accused Products are designed, manufactured, and intended to be used in normal operation to practice the '476 Patent and feature functionality comprising the steps noted above.

185.   NXP has used and tested the HEVC Accused Products in the United States.

186.   NXP thus has infringed and continues to infringe the '476 Patent.

187.   NXP's activities were without authority of license under the '476 Patent.

188.   NXP's users, customers, agents and/or other third parties (collectively, "third-party infringers") infringed and continue to infringe the asserted claims including under 35 U.S.C. § 271(a) by using the NXP Accused Products according to their normal and intended use.

189.   Since at least the Notice Dates, NXP has known or been willfully

blind to the fact that the third-party infringers' use of the HEVC Accused Products directly infringes the '476 Patent.

190.  NXP's knowledge of the '476 Patent, which covers operating the HEVC Accused Products in their intended manner such that all limitations of the asserted claims of the '476 Patent are met, extends to its knowledge that the third-party infringers' use of the HEVC Accused Products directly infringes the '476 Patent, or, at the very least, rendered NXP willfully blind to such infringement.

191.  With knowledge of or willful blindness to the fact that the third-party infringers' use of the HEVC Accused Products in their intended manner such that all limitations of the asserted claims of the '476 Patent are met directly infringes the '476 Patent, NXP has actively encouraged the third-party infringers to directly infringe the '476 Patent by making, using, testing, selling, offering for sale, importing and/or licensing the Accused Products by, for example: marketing NXP's Devices HEVC/H.265 decoding capabilities to the third-party infringers; supporting and managing the third-party infringers' use of the HEVC/H.265 decoding functionalities; and providing technical assistance to the third-party infringers during their continued use of the HEVC Accused Products such as by, for example, publishing instructional information on the NXP websites directing and encouraging third-party infringers how to use the HEVC/H.265 decoding capabilities of the HEVC Accused Products.

192.   NXP induces the third-party infringers to infringe the asserted claims of the '476 Patent by directing or encouraging them to operate the HEVC Accused Products which satisfy all limitations of the asserted claims of the '476 Patent. For example, NXP advertises and promotes the HEVC/H.265 decoding capabilities of the NXP Accused Products and encourages the third-party infringers to operate them in an infringing manner. NXP further provides technical assistance directing and instructing third parties how to operate the HEVC Accused Products by, for example, publishing instructional materials, videos, troubleshooting, manuals, and user guides.

193.   In response, the third-party infringers acquire and operate the HEVC Accused Products in an infringing manner.

194.   NXP specifically intends to induce, and did induce, the third-party infringers to infringe the asserted claims of the '476 Patent, and NXP knew of or was willfully blind to such infringement. NXP advised, encouraged, and/or aided the third-party infringers to engage in direct infringement, including through its encouragement, advice, and assistance to the third-party infringers to use the HEVC/H.265 decoding features of the HEVC Accused Products.  Having known or been willfully blind to the fact that the third-party infringers' use of the HEVC Accused Products in their intended manner such that all limitations of asserted claims of the '476 Patent were met directly infringed the '476 Patent, NXP, upon

information and belief, actively encouraged and induced the third-party infringers to directly infringe the '476 Patent by making, using, testing, selling, offering for sale, importing and/or licensing said HEVC Accused Products, and by, for example: marketing the HEVC Accused Products to the third-party infringers; supporting and managing the third-party infringers' use of the HEVC Accused Products; and providing technical assistance to the third-party infringers during their continued use of the HEVC Accused Products by, for example, publishing training videos that instruct third-party infringers how to make and use the HEVC Accused Products to infringe the asserted claims of the '476 Patent, as well hosting an online forum that allows third-party infringers to have questions about the use of the HEVC Accused Products answered.



https://www.nxp.com/products/IMX8MPLUS.





https://community.nxp.com/t5/i-MX-Processors/How-many-video-streams-can-the-i-MX-8M-Plus-can-encode-HEVC-H/m-p/1493896.

195.    Based upon the foregoing facts, among other things, NXP has induced and continues to induce infringement of the asserted claims of the '476 Patent under 35 U.S.C. § 271(b).

196.    NXP has sold, provided and/or licensed to the third-party infringers and continues to sell, provide and/or license the HEVC Accused Products that are especially made and adapted—and specifically intended by NXP—to be used as components and material parts of the inventions covered by the '476 Patent. For

example, the HEVC Accused Products include HEVC/H.265 decoding features identified above which the third-party infringers used in a manner such that all limitations of the asserted claims are met, and without which the third-party infringers would have been unable to use and avail themselves of the intended functionality of the Accused Products.

197.   NXP also knew and intended that the Accused Products would be operated as instructed and encouraged by NXP in a manner that practices each asserted claim of the '476 Patent.

198.   The HEVC/H.265 features are specially made and adapted to infringe the asserted claims of the '476 Patent.

199.   The HEVC/H.265 features are not a staple article or commodity of commerce, and, because the functionality was designed to work with the HEVC Accused Products solely in a manner that is covered by the '476 Patent, it has no substantial non-infringing use. At least by SPV's notice of NXP's infringement, based upon the foregoing facts, NXP knew of or was willfully blind to the fact that such functionality was specially made and adapted for—and was in fact used in— the Accused Products in a manner that is covered by the '476 Patent.

200.   Based upon the foregoing facts, among other things, NXP has contributorily infringed and continues to contributorily infringe the asserted claims of the '476 Patent under 35 U.S.C. § 271(c).

201.   Upon information and belief, NXP's acts of infringement of the '476 Patent continue since the Notice Dates and are, therefore, carried out with knowledge of the asserted claims of the '476 Patent and how the HEVC Accused Products infringe them. Rather than take a license to the '476 Patent, NXP's ongoing infringing conduct reflects a business decision to "efficiently infringe" the asserted claims and in doing so constitutes willful infringement under the standard of *Halo Elecs., Inc. v. Pulse Elecs., Inc*., 136 S. Ct. 1923 (2016).

202.   NXP's acts of direct and indirect infringement have caused and continue to cause damage to SPV for which SPV is entitled to recover damages sustained as a result of NXP's infringing acts in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court, pursuant to 35 U.S.C. § 284.

## COUNT 5
## INFRINGEMENT OF U.S. PATENT NO. 8,971,401

203.   SPV realleges and incorporates by reference the allegations set forth above as if restated verbatim here.

204.   SPV is the owner, by assignment, of U.S. Patent No. 8,971,401 and holds all substantial rights in and under the '401 Patent, including the right to grant licenses, exclude others, and to enforce, sue, and recover damages for past and future infringement.

205.   The '401 Patent is valid, enforceable and was duly issued in full

compliance with Title 35 of the United States Code.

206.   NXP has infringed, and continues to infringe, the '401 Patent by making, using, offering to sell, selling, licensing, and/or importing HEVC Accused Products.

207.   NXP has directly infringed at least claim 1 of the '401 Patent by making, using, selling, offering for sale, licensing, and/or importing into the United States without authority the HEVC Accused Products.

208.   The HEVC Accused Products are designed, manufactured, and intended to be used in normal operation to practice the '401 Patent and feature functionality comprising the steps noted above.

209.   NXP has used and tested the HEVC Accused Products in the United States.

210.   NXP thus has infringed and continues to infringe the '401 Patent.

211.   NXP's activities were without authority of license under the '401 Patent.

212.   NXP's users, customers, agents and/or other third parties (collectively, "third-party infringers") infringed and continue to infringe the asserted claims including under 35 U.S.C. § 271(a) by using the NXP Accused Products according to their normal and intended use.

213.   Since at least as early as the Notice Dates, NXP has known or been

willfully blind to the fact that the third-party infringers' use of the HEVC Accused Products directly infringes the '401 Patent.

214.   NXP's knowledge of the '401 Patent, which covers operating the HEVC Accused Products in their intended manner such that all limitations of the asserted claims of the '401 Patent are met, extends to its knowledge that the third-party infringers' use of the HEVC Accused Products directly infringes the '401 Patent, or, at the very least, rendered NXP willfully blind to such infringement.

215.   With knowledge of or willful blindness to the fact that the third-party infringers' use of the HEVC Accused Products in their intended manner such that all limitations of the asserted claims of the '401 Patent are met directly infringes the '401 Patent, NXP has actively encouraged the third-party infringers to directly infringe the '401 Patent by making, using, testing, selling, offering for sale, importing and/or licensing the Accused Products by, for example: marketing NXP's Devices HEVC/H.265 decoding capabilities to the third-party infringers; supporting and managing the third-party infringers' use of the HEVC/H.265 decoding functionalities; and providing technical assistance to the third-party infringers during their continued use of the HEVC Accused Products such as by, for example, publishing instructional information on the NXP websites directing and encouraging third-party infringers how to make and use the HEVC/H.265 decoding capabilities of the HEVC Accused Products.

216.   NXP induces the third-party infringers to infringe the asserted claims of the '401 Patent by directing or encouraging them to operate the HEVC Accused Products which satisfy all limitations of the asserted claims of the '401 Patent. For example, NXP advertises and promotes the HEVC/H.265 decoding features of the NXP Accused Products and encourages the third-party infringers to operate them in an infringing manner. NXP further provides technical assistance directing and instructing third parties how to operate the HEVC Accused Products by, for example, publishing instructional materials, videos, troubleshooting, manuals, and user guides.

217.   In response, the third-party infringers acquire and operate the HEVC Accused Products in an infringing manner.

218.   NXP specifically intends to induce, and did induce, the third-party infringers to infringe the asserted claims of the '401 Patent, and NXP knew of or was willfully blind to such infringement. NXP advised, encouraged, and/or aided the third-party infringers to engage in direct infringement, including through its encouragement, advice, and assistance to the third-party infringers to use the HEVC/H.265 decoding features of the HEVC Accused Products.  Having known or been willfully blind to the fact that the third-party infringers' use of the HEVC Accused Products in their intended manner such that all limitations of asserted claims of the '401 Patent were met directly infringed the '401 Patent, NXP, upon

information and belief, actively encouraged and induced the third-party infringers to directly infringe the '401 Patent by making, using, testing, selling, offering for sale, importing and/or licensing said HEVC Accused Products, and by, for example: marketing the HEVC Accused Products to the third-party infringers; supporting and managing the third-party infringers' use of the HEVC Accused Products; and providing technical assistance to the third-party infringers during their continued use of the HEVC Accused Products by, for example, publishing training videos that instruct third-party infringers how to make and use the HEVC Accused Products to infringe the asserted claims of the '401 Patent, as well hosting an online forum that allows third-party infringers to have questions about the use of the HEVC Accused Products answered.



https://www.nxp.com/products/IMX8MPLUS.





https://community.nxp.com/t5/i-MX-Processors/How-many-video-streams-can-the-i-MX-8M-Plus-can-encode-HEVC-H/m-p/1493896.

219.    Based upon the foregoing facts, among other things, NXP has induced and continues to induce infringement of the asserted claims of the '401 Patent under 35 U.S.C. § 271(b).

220.    NXP has sold, provided and/or licensed to the third-party infringers and continues to sell, provide and/or license the HEVC Accused Products that are especially made and adapted—and specifically intended by NXP—to be used as components and material parts of the inventions covered by the '401 Patent. For

example, the HEVC Accused Products include HEVC decoding features identified above which the third-party infringers used in a manner such that all limitations of the asserted claims are met, and without which the third-party infringers would have been unable to use and avail themselves of the intended functionality of the Accused Products.

221. NXP also knew that the Accused Products are operated in a manner that practices each asserted claim of the '401 Patent.

222. The HEVC/H.265 decoding features are specially made and adapted to infringe the asserted claims of the '401 Patent.

223. The HEVC/H.265 decoding features are not a staple article or commodity of commerce, and, because the functionality was designed to work with the HEVC Accused Products solely in a manner that is covered by the '401 Patent, it has no substantial non-infringing use. At least by SPV's notice of NXP's infringement, based upon the foregoing facts, NXP knew of or was willfully blind to the fact that such functionality was specially made and adapted for—and was in fact used in—the Accused Products in a manner that is covered by the '401 Patent.

224. Based upon the foregoing facts, among other things, NXP has contributorily infringed and continues to contributorily infringe the asserted claims of the '401 Patent under 35 U.S.C. § 271(c).

225. Upon information and belief, NXP's acts of infringement of the '401

Patent continue since the Notice Dates and are, therefore, carried out with knowledge of the asserted claims of the '401 Patent and how the HEVC Accused Products infringe them. Rather than take a license to the '401 Patent, NXP's ongoing infringing conduct reflects a business decision to "efficiently infringe" the asserted claims and in doing so constitutes willful infringement under the standard of *Halo Elecs., Inc. v. Pulse Elecs., Inc.*, 136 S. Ct. 1923 (2016).

226.    NXP's acts of direct and indirect infringement have caused and continue to cause damage to SPV for which SPV is entitled to recover damages sustained as a result of NXP's infringing acts in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court, pursuant to 35 U.S.C. § 284.

## COUNT 6
## INFRINGEMENT OF U.S. PATENT NO. 9,414,059

227.    SPV realleges and incorporates by reference the allegations set forth above as if restated verbatim here.

228.    SPV is the owner, by assignment, of U.S. Patent No. 9,414,059 and holds all substantial rights in and under the '059 Patent, including the right to grant licenses, exclude others, and to enforce, sue, and recover damages for past and future infringement.

229.    The '059 Patent is valid, enforceable and was duly issued in full compliance with Title 35 of the United States Code.

230.   SPV alleges that NXP has infringed, and continues to infringe, the '059 Patent by making, using, offering to sell, selling, licensing, and/or importing HEVC Accused Products.

231.   NXP has directly infringed at least claim 1 of the '059 Patent by making, using, selling, offering for sale, licensing, and/or importing into the United States without authority the HEVC Accused Products.

232.   The HEVC Accused Products are designed, manufactured, and intended to be used in normal operation to practice the '059 Patent and feature functionality comprising the steps noted above.

233.   NXP has used and tested the HEVC Accused Products in the United States.

234.   NXP thus has infringed and continues to infringe the '059 Patent.

235.   NXP's activities were without authority of license under the '059 Patent.

236.   NXP's users, customers, agents and/or other third parties (collectively, "third-party infringers") infringed and continue to infringe the asserted claims including under 35 U.S.C. § 271(a) by using the NXP Accused Products according to their normal and intended use.

237.   NXP has, since at least as early as the Notice Dates, known or been willfully blind to the fact that the third-party infringers' use of the HEVC Accused

Products directly infringes the '059 Patent.

238.    NXP's knowledge of the '059 Patent, which covers operating the HEVC Accused Products in their intended manner such that all limitations of the asserted claims of the '059 Patent are met, extends to its knowledge that the third-party infringers' use of the HEVC Accused Products directly infringes the '059 Patent, or, at the very least, rendered NXP willfully blind to such infringement.

239.    With knowledge of or willful blindness to the fact that the third-party infringers' use of the HEVC Accused Products in their intended manner such that all limitations of the asserted claims of the '059 Patent are met directly infringes the '059 Patent, NXP has actively encouraged the third-party infringers to directly infringe the '059 Patent by making, using, testing, selling, offering for sale, importing and/or licensing the Accused Products by, for example: marketing NXP's Devices HEVC/H.265 decoding capabilities to the third-party infringers; supporting and managing the third-party infringers' use of the HEVC/H.265 decoding functionalities; and providing technical assistance to the third-party infringers during their continued use of the HEVC Accused Products such as by, for example, publishing instructional information on the NXP websites directing and encouraging third-party infringers how to make and use the HEVC/H.265 decoding capabilities of the HEVC Accused Products.

240.    NXP induces the third-party infringers to infringe the asserted claims

of the '059 Patent by directing or encouraging them to operate the HEVC Accused Products which satisfy all limitations of the asserted claims of the '059 Patent. For example, NXP advertises and promotes the HEVC/H.265 decoding features of the NXP Accused Products and encourages the third-party infringers to operate them in an infringing manner. NXP further provides technical assistance directing and instructing third parties how to operate the HEVC Accused Products by, for example, publishing instructional materials, videos, troubleshooting, manuals, and user guides.

241.    In response, the third-party infringers acquire and operate the HEVC Accused Products in an infringing manner.

242.    NXP specifically intends to induce, and did induce, the third-party infringers to infringe the asserted claims of the '059 Patent, and NXP knew of or was willfully blind to such infringement. NXP advised, encouraged, and/or aided the third-party infringers to engage in direct infringement, including through its encouragement, advice, and assistance to the third-party infringers to use the HEVC/H.265 decoding features of the HEVC Accused Products.  Having known or been willfully blind to the fact that the third-party infringers' use of the HEVC Accused Products in their intended manner such that all limitations of asserted claims of the '059 Patent were met directly infringed the '059 Patent, NXP, upon information and belief, actively encouraged and induced the third-party infringers

to directly infringe the '059 Patent by making, using, testing, selling, offering for sale, importing and/or licensing said HEVC Accused Products, and by, for example: marketing the HEVC Accused Products to the third-party infringers; supporting and managing the third-party infringers' use of the HEVC Accused Products; and providing technical assistance to the third-party infringers during their continued use of the HEVC Accused Products by, for example, publishing training videos that instruct third-party infringers how to make and use the HEVC Accused Products to infringe the asserted claims of the '059 Patent, as well hosting an online forum that allows third-party infringers to have questions about the use of the HEVC Accused Products answered.



https://www.nxp.com/products/IMX8MPLUS.





https://community.nxp.com/t5/i-MX-Processors/How-many-video-streams-can-the-i-MX-8M-Plus-can-encode-HEVC-H/m-p/1493896.

243.    Based upon the foregoing facts, among other things, NXP has induced and continues to induce infringement of the asserted claims of the '059 Patent under 35 U.S.C. § 271(b).

244.    NXP has sold, provided and/or licensed to the third-party infringers and continues to sell, provide and/or license the HEVC Accused Products that are especially made and adapted—and specifically intended by NXP—to be used as components and material parts of the inventions covered by the '059 Patent. For

example, the HEVC Accused Products include HEVC decoding features identified above which the third-party infringers used in a manner such that all limitations of the asserted claims are met, and without which the third-party infringers would have been unable to use and avail themselves of the intended functionality of the Accused Products.

245.   NXP also knew that the Accused Products are operated in a manner that practices each asserted claim of the '059 Patent.

246.   The HEVC/H.265 decoding features are specially made and adapted to infringe the asserted claims of the '059 Patent.

247.   The HEVC/H.265 decoding features are not a staple article or commodity of commerce, and, because the functionality was designed to work with the HEVC Accused Products solely in a manner that is covered by the '059 Patent, it has no substantial non-infringing use. At least by SPV's notice of NXP's infringement, based upon the foregoing facts, NXP knew of or was willfully blind to the fact that such functionality was specially made and adapted for—and was in fact used in—the Accused Products in a manner that is covered by the '059 Patent.

248.   Based upon the foregoing facts, among other things, NXP has contributorily infringed and continues to contributorily infringe the asserted claims of the '059 Patent under 35 U.S.C. § 271(c).

249.   Upon information and belief, NXP's acts of infringement of the '059

Patent continue since the Notice Dates and are, therefore, carried out with knowledge of the asserted claims of the '059 Patent and how the HEVC Accused Products infringe them. Rather than take a license to the '059 Patent, NXP's ongoing infringing conduct reflects a business decision to "efficiently infringe" the asserted claims and in doing so constitutes willful infringement under the standard of *Halo Elecs., Inc. v. Pulse Elecs., Inc.*, 136 S. Ct. 1923 (2016).

250. NXP's acts of direct and indirect infringement have caused and continue to cause damage to SPV for which SPV is entitled to recover damages sustained as a result of NXP's infringing acts in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court, pursuant to 35 U.S.C. § 284.

## NOTICE OF REQUIREMENT OF LITIGATION HOLD

251. NXP is hereby notified it is legally obligated to locate, preserve, and maintain all records, notes, drawings, documents, data, communications, materials, electronic recordings, audio/video/photographic recordings, and digital files, including edited and unedited or "raw" source material, and other information and tangible things that NXP knows, or reasonably should know, may be relevant to actual or potential claims, counterclaims, defenses, and/or damages by any party or potential party in this lawsuit, whether created or residing in hard copy form or in the form of electronically stored information (hereafter collectively referred to as

"Potential Evidence").

252.  As used above, the phrase "electronically stored information" includes without limitation: computer files (and file fragments), e-mail (both sent and received, whether internally or externally), information concerning e-mail (including but not limited to logs of e-mail history and usage, header information, and deleted but recoverable e-mails), text files (including drafts, revisions, and active or deleted word processing documents), instant messages, audio recordings and files, video footage and files, audio files, photographic footage and files, spreadsheets, databases, calendars, telephone logs, contact manager information, internet usage files, and all other information created, received, or maintained on any and all electronic and/or digital forms, sources and media, including, without limitation, any and all hard disks, removable media, peripheral computer or electronic storage devices, laptop computers, mobile phones, personal data assistant devices, Blackberry devices, iPhones, video cameras and still cameras, and any and all other locations where electronic data is stored.  These sources may also include any personal electronic, digital, and storage devices of any and all of NXP's agents, resellers, distributors or employees if NXP's electronically stored information resides there.

253.  NXP is hereby further notified and forewarned that any alteration, destruction, negligent loss, or unavailability, by act or omission, of any Potential

Evidence may result in damages or a legal presumption by the Court and/or jury that the Potential Evidence is not favorable to NXP's claims and/or defenses. To avoid such a result, NXP's preservation duties include, but are not limited to, the requirement that NXP immediately notify its agents, distributors, and employees to halt and/or supervise the auto-delete functions of NXP's electronic systems and refrain from deleting Potential Evidence, either manually or through a policy of periodic deletion.

## JURY DEMAND

SPV hereby demands a trial by jury on all claims, issues, and damages so triable.

## PRAYER FOR RELIEF

SPV prays for the following relief:

a. That NXP be summoned to appear and answer;

b. That the Court enter judgment that NXP has infringed the '097, '498, '169, '476, '401, and '059 Patents.

c. That the Court grant SPV judgment against NXP for all actual, consequential, special, punitive, increased, and/or statutory damages, including, if necessary, an accounting of all damages; pre- and post-judgment interest as allowed by law; and reasonable attorney's fees, costs, and expenses incurred in this action;

d. That NXP's infringement be found to have been willful;

e. That this case be found to be exceptional under 35 U.S.C. § 285; and

    f.  That SPV be granted such other and further relief as the Court may

deem just and proper under the circumstances.

Dated: September 29, 2025          Respectfully submitted,

**CONNOR LEE & SHUMAKER PLLC**

By:

Cabrach J. Connor
Cab@CLandS.com
Texas Bar No. 24036390
Jennifer Tatum Lee
Jennifer@CLandS.com
Texas Bar No. 24046950
John M. Shumaker
John@CLandS.com
Texas Bar No. 24033069

609 Castle Ridge Road, Suite 450
Austin, Texas 78746
512.646.2060 Telephone
888.387.1134 Facsimile